AO 91 (Rev. 11/11) Criminal Complaint

**FILED**
9/18/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AUSA Stephanie Stern (312) 469-6132

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

UNITED STATES OF AMERICA

v.

WALTER BRZOWSKI

CASE NUMBER:     25 CR 589

**UNDER SEAL**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the below dates, at Chicago, in the Northern District of Illinois, Eastern Division, the defendant violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 505 | On or about March 24, 2025, defendant did knowingly forge and use the forged signature of Judge Rebecca R. Pallmeyer, a judge of the United States District Court for the Northern District of Illinois, for the purpose of authenticating a document in the United States District Court for the Northern District of Illinois, knowing such signature to be false. |

This criminal complaint is based upon these facts:

 X   Continued on the attached sheet.

Michael Waugh
Digitally signed by Michael Waugh
Date: 2025.09.18 19:44:09 -05'00'

MICHAEL WAUGH
Postal Inspector
U.S. Postal Inspection Service

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: September 18, 2025

*Judge's signature*

City and state: Chicago, Illinois

Keri L. Holleb Hotaling, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## AFFIDAVIT

I, MICHAEL WAUGH, being duly sworn, state as follows:

## I.     AFFIANT'S BACKGROUND AND PURPOSE OF AFFIDAVIT

1.     I am a Postal Inspector with the United States Postal Inspection Service. I have been employed as a United States Postal Inspector since on or about July 27, 2025. My current responsibilities include the investigation of criminal offenses involving the mails and United States Postal Service employees. Prior to working for the United States Postal Inspection Service, I was employed for approximately seven years with United States Agency for International Development Office of Inspector General as a Special Agent and Assistant Special Agent in Charge. For approximately eight years before that, I was employed as Special Agent with the United States Department of Labor Office of Inspector General.

2.     This affidavit is submitted in support of a criminal complaint alleging that WALTER BRZOWSKI forged the signature of a federal judge, in violation of Title 18, United States Code, Section 505. This affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging BRZOWSKI with forgery. As such, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause to believe that BRZOWSKI committed the forgery offense alleged in the complaint.

3.     This affidavit is based on my personal knowledge and involvement in this investigation; my training and experience; the personal knowledge, training, and experience of other law enforcement agents with whom I have consulted; and my review of pertinent documents and records, including filings from the United States District Court for the Northern District of Illinois and the Seventh Circuit Court of Appeals.

## II.     FACTS SUPPORTING PROBABLE CAUSE

4.     According to the records and information from the United States District Court for the Northern District of Illinois, on or about September 20, 2007, the Executive Committee for the United States District Court for the Northern District of Illinois issued an order in Case Number 07 CV 5613 that placed certain restraints on BRZOWSKI's ability to file new civil cases in Northern District of Illinois *pro se*. The Executive Committee Order explained that BRZOWSKI had "filed nine actions in the Eastern Division; five of them in 2007." Observing that "[m]ost of the cases were dismissed for failure to state a claim or lack of subject matter jurisdiction," the Order cited to a Memorandum Opinion and Order that was issued in *Walter J Brzowski v. Laura A Brzowski, et al.*, No. 07 C 3977, that provided:

> *Pro se* plaintiff Walter Brzowski is dissatisfied with divorce proceedings (including child custody issues) that have occurred in state court, as well as related orders of protection and criminal prosecutions. Instead of limiting himself to contesting the merits of that litigation in the state court proceedings, plaintiff has made numerous attempts to either directly litigate the state cases in federal court or pursue related litigation in federal court ... Plaintiff's claims are frivolous.

5. According to the records and information from the United States District Court for the Northern District of Illinois, on or about May 24, 2019, the Executive Committee issued an order in Case Number 07 CV 5613 that denied BRZOWSKI leave to file documents he had submitted for filing and that kept the aforementioned September 2007 order in force for an additional 12 months. BRZOWSKI appealed the order to the Seventh Circuit Court of Appeals.

6. On March 16, 2020, the Seventh Circuit Court of Appeals issued an order denying BRZOWSKI's appeal in *In re Brzowski*, 798 F. App'x 22 (Mar. 16, 2020). In summary, in its order, the Seventh Circuit provided the following background on the BRZOWSKI's case:

a. In September 2001, BRZOWSKI's then-wife sued him for divorce in Illinois state court.[1]

b. In 2002, BRZOWSKI filed a lawsuit in federal district court asserting that the state court was violating his constitutional rights. Construing BRZOWSKI's submission as a complaint initiating a new lawsuit, the district court dismissed BRZOWSKI's complaint for failure to state a claim and lack of jurisdiction.

c. In 2003, BRZOWSKI filed another complaint in federal district court concerning his ongoing state court divorce proceeding, along with a petition for removal. The district court dismissed BRZOWSKI's complaint for lack of jurisdiction.

---

[1] According to records from the Circuit Court of Cook County, Illinois, the case number was 2001D014335.

3

d.      While his state court divorce proceeding was pending, BRZOWSKI was arrested for failing to appear in state court and for violating a protective order. In response, BRZOWSKI argued that the state court lacked jurisdiction because he had submitted removal petitions in federal district court and, as such, "he could ignore its orders with impunity." The state court rejected BRZOWSKI's arguments, dissolved his marriage, and granted custody of the children to his ex-wife.

e.      Between 2003 and 2007, BRZOWSKI filed nine lawsuits in federal district court. The lawsuits "attacked his divorce case on his theory that, once he filed what he considered removal petitions, the state court lacked jurisdiction." The district court dismissed each lawsuit for failure to state a claim or lack of subject-matter jurisdiction and warned BRZOWSKI that state court was the proper venue to challenge his divorce. BRZOWSKI ignored the district court's warnings.

f.      On September 20, 2007, the Executive Committee issued its order placing certain restraints on BRZOWSKI's ability to file new civil cases in Northern District of Illinois *pro se*. Despite the Executive Committee's order, BRZOWSKI "continued to submit complaints and other documents to the district court without permission." As a result, the Executive Committee kept renewing the restriction.

7.      According to the records and information from the United States District Court for the Northern District of Illinois, on or about December 27, 2021, the Executive Committee issued an order in Case Number 07 CV 5613 warning

BRZOWSKI that continued violations of the court's orders may lead to monetary sanctions, additional filing restrictions, or a contempt of court finding.

8. According to the records and information from the United States District Court for the Northern District of Illinois, BRZOWSKI submitted additional documents despite the court's December 2021 warning. On or about April 20, 2022, the Executive Committee issued an order in Case Number 07 CV 5613 sanctioning BRZOWSKI "$500 for submitting frivolous documents after being warned that he would be further sanctioned if he continued to do so."

9. According to the records and information from the United States District Court for the Northern District of Illinois, BRZOWSKI submitted additional documents despite the court's prior orders, warnings, and sanction. On March 15, 2023, the Executive Committee issued an order warning BRZOWSKI that additional sanctions would be imposed if he continued to violate its orders.

10. According to the records and information from the United States District Court for the Northern District of Illinois, BRZOWSKI submitted additional documents despite the court's prior orders, warnings, and sanction. On July 14, 2023, the Executive Committee issued an order in Case Number 07 CV 5613 that provided:

> IT IS HEREBY ORDERED that Mr. Brzowski shall respond in writing within 14 days why he should not be additionally sanctioned for failure to comply with the Executive Committee's Orders. Additional sanctions may include additional monetary sanctions, additional filing restrictions, or a contempt of court finding. The order of March 15, 2023 [171] remains in force. Mr. Brzowski is only allowed to file a response to this order, but no other document will be accepted in any existing case until the sanction has been paid in full. *See In re City of Chicago*, 500 F.3d 582, 58586 (7th Cir. 2007); *Support Sys. Int'l, Inc. v. Mack*, 45

F.3d 185, 186 (7th Cir. 1995) (per curiam). In accordance with Mack, exceptions to this filing bar are made for criminal cases and for applications for writs of habeas corpus. *See Mack*, 45 F.3d at 186-87.

IT IS FURTHER ORDERED that the Clerk shall mail Mr. Brzowski a copy of this Order. Such mailing shall be by certified or registered mail, return receipt requested. The Clerk shall also docket this order in any case that Mr. Brzowski has filed within the Northern District of Illinois.

As reflected below, the order was signed by Chief Judge Rebecca R. Pallmeyer:

IT IS FURTHER ORDERED that the Clerk shall mail Mr. Brzowski a copy of this Order.

Such mailing shall be by certified or registered mail, return receipt requested. The Clerk shall also docket this order in any case that Mr. Brzowski has filed within the Northern District of Illinois.

ENTER:

FOR THE EXECUTIVE COMMITTEE

Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 14th day of July 2023

11. According to the records and information from the United States District Court for the Northern District of Illinois, following the issuance of the July 14, 2023 order, BRZOWSKI submitted a document entitled, "Letter Notice to Assert July 14, 2023 Revamped Order as Valid," which was filed on the docket in Case Number 07 CV 5613 on August 11, 2023. The "Letter" provided:

NOW COMES U.S. Citizen, Walter J. Brzowski, in pursuant to his Federal Due Process Rights now asserts and presents that this restructured "Executive Committee Order" is indeed valid and enforceable onto a Court of Law, since it operates well-within

the confines of Constitutional due process Justice because it is drafted and devised as to what is truly in the Record of this unwarranted unconstitutional-retaliatory Federal Case, and as such neither Federal Chief Judge Respondent Rebecca R. Pallmeyer or her lapdog Federal Executive Committee would ever dare to reverse, nullify and /or impeach, since "they" have all conspired together to unjustifiably create this: 'restricted filer case' only as a means of attempting to: (i) cover-up two huge Blunders from Federal Judge Ruben Castillo on September 9, 2002, (No. 02 C-6219) and from Judge James F. Holderman on May 5, 2003, (2nd No. 03 C-2685) that caused jurisdictional havoc on Cook County IL. divorce case no. 01 D-14335, (*L. Brzowski v. W. Brzowski*) after September 4, 2002 in pursuant to Federal Removal Code 28 USC § 1446(d); and (ii) stifling his due process Rights from his obtained two Federal Remand Orders in April 22, 2005 and March 22, 2007 that are in compliance with Federal Remand Title 28 USC § 1447(c), of which exposes their immature and unprofessionalism, (and evil vindictiveness) against him: "*which is highly uncalled for*"!

Attached to BRZOWSKI's "Letter" was a document that purported to be an order issued by the Executive Committee on July 14, 2023, that provided:

Walter J. Brzowski was a restricted filer in the Northern District of Illinois, see 07 CV 05613 [01]. On May 7, 2021, the Executive Committee adopted the Amended Executive Order which had reversed the initial restriction-filer order from September 20, 2007 since we have since discovered through his filings into this case that Walter J. Brzowski has shown equity and merit to his pleadings that were based upon Federal laws showing he was true and correct upon his Federal removal cases 02 CV 06219, 03 CV 02685, 07 CV 01504, and 07 CV 02610 in pursuant with Federal code 28 USC § 1446(d) that did in fact, generate three Federal remand orders on June 22, 2005, March 22, 2007 and May 29, 2007 in compliance with Federal remand code 28 USC § 1447(c)(d), (94). Walter Brzowski did reveal to this Committee that we are duty-bound by certain Federal case precedents coming forth from other Court of Appeals and from the United States Supreme Court regarding these matters of the 'removal of a state case to a federal district court' and the proper procedures subsequent to such removals.

We have since concurred with Walter J. Brzowski that the Federal District Court erred when it chose to dismiss case 03 CV 02685 over remand on May 5, 2003 which the Court corrected itself on April 28, 2005 due to Walter's filed Petition to Remand, (April 18, 2005), that was addressed on the adopted May 7, 2021 Amended Order, [94]. We also noted thereon, that the Court also erred by choosing to dismiss rather than remand on September 9, 2002 on Walter Brzowski's first removal case 02 CV 06219 which still holds State divorce case 01 D 14335, (*Brzowski v. Brzowski*), suspended until the District Court follows the guidelines within the remand statute. We also noted that the State court was in error by moving after these removal. cases were filed but not waiting for the remand orders from these Northern District Courts which would hold their judicial actions for naught. The Committee also concurred with the other District Court's oral statements on April 17, 2007, 07 CV 01504, which We found to adhere to due process Law and as such for Justice served upon this now closed matter.

IT IS THEREFORE ORDERED that Walter Brzowski has proven his case to this Committee and is thus relieved of any restriction obligations and monetary sanctions on and since May 7, 2021, [94], and the Clerk is instructed to rescind any emplaced filing restrictions on him in accordance to his First Amendment Right as to freely express at the Northern District Courthouse of Illinois.

As reflected below, the purported "Executive Committee Order" order contained the forged signature of Chief Judge Rebecca R. Pallmeyer:

8

IT IS THEREFORE ORDERED that Walter Brzowski has proven his case to this Committee and is thus relieved of any restriction obligations and monetary sanctions on and since May 7, 2021, [94], and the Clerk is instructed to rescind any emplaced filing restrictions on him in accordance to his First Amendment Right as to freely express at the Northern District Courthouse of Illinois. ENTER:

FOR THE EXECUTIVE COMMITTEE

_____
Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 14th day of July 2023

12.     According to the records and information from the United States District Court for the Northern District of Illinois, on or about September 27, 2023, the Executive Committee issued an order Case Number 07 CV 5613 addressing BRZOWSKI's August 2023 submission. The Executive Committee's order provided: "[T]he court did not prepare the 'order' attached to Mr. Brzowkski's submission; Mr. Brzowski himself did. His conduct in preparing a counterfeit court order constitutes a willful fraud on the court." The Executive Committee sanctioned BRZOWSKI "an additional $25,000 for submitting frivolous documents after being warned that he would be further sanctioned if he continued to do so." As reflected below, the order was signed by Chief Judge Rebecca R. Pallmeyer:

IT IS FURTHER ORDERED that consistent with the Court's prior order, the Clerk shall cause a copy of this Order to be mailed to Mr. Mr. Brzowski, 6431 S. Karlov, Chicago, IL 60629, the address provided in his filings with this Court. Such mailing shall be by certified or registered mail, return receipt requested.

ENTER:

FOR THE EXECUTIVE COMMITTEE

_____
Hon. Rebecca R. Pallmeyer, Chief Judge

Dated in Chicago, IL this 27th day of September, 2023

13.     According to the records and information from the United States District Court for the Northern District of Illinois, following the issuance of the September 27, 2023 order, BRZOWSKI continued to submit material to the court. In or around March 2025, BRZOWSKI submitted a filing entitled "Petition for Leave to Enforce Two Valid Order(s) Renewed Demand for Unconstitutional Case's Proper Resolvement," which was filed on the docket in Case Number 07 CR 5613 on April 1, 2025 (Docket Entry 204). A copy of the filing is attached as Exhibit A. In his petition, BRZOWSKI contested the court's prior sanction, his treatment as a restricted filer, and the court's refusal to address his divorce-related claims. Among other things, BRZOWSKI wrote:

> On July 14, 2023, Federal Chief Judge Rebecca R. Pallmeyer finally, after years of bitching to her from (Counter Plaintiff), Walter J. Brzowski, entered a: "Executive Committee Order", (Doc. #242), that acknowledged the May 7, 2021: "Amended Executive Committee Order", and referenced it therein;

10

(Former), Federal Chief Judge Rebecca R. Pallmeyer plainly stated therein, (p. 1, para. 2), as to finally come-to-grips that Judge James F. Holderman and Judge Ruben Castillo made grave errors upon Federal Removal Cases 02 CV-6219 and 03 CV-2685 by choosing to dismiss those removal cases over the proper remand on September 9, 2002 and May 5, 2003 that would be violative to Federal Remand Code 28 USC § 1447(c);

....

Walter J. Brzowski now places a personal, Stern Warning onto Chief Judges/(Political Advocates): Rebecca R. Pallmeyer and her fellow 'side-kick' Virginia M. Kendall that they can be subjected to: "Brzowski Personal Justice", since they have recklessly and conspiracy rendered worthless Orders in an attempt to steal my goddamn Federal Jury award money through a corrupt, Democratic-elected fellow County Clerk, (Spyropoulos ), which I have every Right and means to inflict to richly acquire and protect my Legal Interests-Stake to that illegally held Federal Jury money!!

LET IT BE KNOWN: That "if" these two (Political-Woke Judicial Activists), Pallmeyer and Kendall are 'startled or alarmed' to this new, aggressive: "warning conduct" now taken by (Counter Plaintiff), Walter J. Brzowski and choose to notify the U.S. Northern District Attorney's Office, just remember that the U.S. Northern District Attorney is too: "under-the-gun", since he/(they) have mysteriously refused to take the necessary criminal action against (Criminal-Defendant), Virginia M. Kendall after January 29, 2025, (along with several other named Cook and Will County IL. Judges; Appellate Justices) pursuant to Fed. Criminal Code 18 USC § 242, (2 Counts), revealing a type of: "protecting their Democratic-fellow club members from their illegal wrongdoing", that encroaches upon his sworn Oath-duty to foresee: "that nobody is above-the-law under their jurisdictional authority" that encompasses (Complainant) Walter Brzowski's sworn Complaints to him!

Attached as "Exhibit B" to BRZOWSKI's petition was the fraudulent "Executive Committee Order" that, as reflected below, contained the forged signature of Chief Judge Rebecca R. Pallmeyer:

IT IS THEREFORE ORDERED that Walter Brzowski has proven his case to this Committee and is thus relieved of any restriction obligations and monetary sanctions on and since May 7, 2021, [94], and the Clerk is instructed to rescind any emplaced filing restrictions on him in accordance to his First Amendment Right as to freely express at the Northern District Courthouse of Illinois.

ENTER:

FOR THE EXECUTIVE COMMITTEE

Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 14th day of July 2023

BRZOWSKI's petition was sent by mail to the Everett McKinley Dirksen United States Courthouse in an envelope postmarked March 24, 2025. As reflected below, the return address on the envelope contained BRZOWSKI's name and a listed address of "6431 S. Karlov Avenue, Chicago, IL 60629":



14.     According to records and information from Illinois Secretary of State's Office, the address listed for BRZOWSKI on his Illinois driver's license is 6431 South Karlov Avenue, Chicago, Illinois.

15.     According to records and information from the U.S. Marshals Service, on or about September 17, 2025, an individual who identified himself as "Walter Brzowski" called the docketing department for the Seventh Circuit Court of Appeals and spoke with Individual A, who is employed there as a case administrator. Individual A advised the U.S. Marshals Service that during the call, BRZOWSKI referenced two Seventh Circuit cases by number, namely, Case Number 20-2182 and Case Number 25-1626. Based on the Seventh Circuit's online court docket, Case Number 20-2182 is styled as *Walter J. Brzowski v. Unsettled Legal Federal Removal Issues*, and Case Number 25-1626 is styled as *Executive Committee of the United States District v. Walter J. Brzowski*. According to Individual A, BRZOWSKI threatened to barge through security, go to the 27th floor of the courthouse (where the Seventh Circuit Court of Appeals is located), and teach the staff that violence is the only answer to his problems.

## III.    CONCLUSION

16.     Based on the foregoing, there is probable cause to believe that on or about March 24, 2025, BRZOWSKI did knowingly forge the signature of Judge Rebecca R. Pallmeyer, a judge of the United States District Court for the Northern District of Illinois, and use the forged signature of Judge Pallmeyer for the purpose of authenticating a document in federal district court, namely, an "Executive

Committee Order" in Case Number 07 CV 5613, knowing such signature to be false,

in violation of Title 18, United States Code, Section 505.

Michael
Waugh

Digitally signed by
Michael Waugh
Date: 2025.09.18 19:44:52
-05'00'

MICHAEL WAUGH
Postal Inspector
U.S. Postal Inspection Service

SWORN TO AND AFFIRMED by telephone September 18, 2025.

Honorable KERI L. HOLLEB HOTALING
United States Magistrate Judge

14

Exhibit A

FILED

MAR 01 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**IN THE U.S. NORTHERN DISTRICT COURT**
**OF ILLINOIS    EASTERN DIVISION**

FEDERAL EXECUTIVE COMMITTEE )
 (CHIEF JUDGES JAMES HOLDERMAN; REBECCA R. )
PALLMEYER; now VIRGINIA M. KENDALL) )
 Plaintiff/(Realigned Defendants) )    **CASE NO. 07 C-5613**
 v. )
 )
WALTER J. BRZOWSKI )    DEMAND FOR JUSTICE!
 U.S. private Citizen )

## PETITION FOR LEAVE TO ENFORCE TWO VALID ORDER(S)
### _RENEWED_ DEMAND FOR UNCONSTITUTIONAL CASE'S PROPER RESOLVEMENT

NOW COMES U.S. Citizen, Walter J. Brzowski, in pursuant to Federal Rules of Civil Procedure 41(b), and with IL. Supreme Court Rule 21(c), does hereby accurately restate the following onto this invoked U.S. Federal District Court of Illinois, Eastern Division, as to revisit this _baseless_ civil case _ab initio_, retroactive to September 20, 2007 due to violations of procedural due process from another, _unattached_ District Court Judge and its lack of any legal, due process foundation:

1) On September 20, 2007, the mysterious, (Plaintiff), Federal Executive Committee created this baseless and unconstitutional civil case by _sua sponte_ design, as to obtain a highly subjective 'order' that wrongfully: "restricts U.S. private Citizen, Walter Brzowski to create Federal Civil Action cases" pursuant to 42 USC § 1983, (_et alia_), without a cogent, legal foundation in Law to do so, →(dismissed on May 7, 2021 pursuant to Order attached);

2) Upon the initial, opening "Order", endorsed by, (_former_) Chief Judge James Holderman, said 'order' unjustly restricts Respondent, Walter J. Brzowski to create and even file Federal Civil cases and 'Legal Documents' at the Dirksen Federal Courthouse ever since September 20, 2007 which is purely unconstitutional in its obstructing effects;

3) (Former), U.S. Federal Chief Judge James F. Holderman, who endorsed this opening: "Restricting Order" on September 20, 2007, was also the _same_ Federal District Judge who operated upon Federal Removal case no. 03 CV-2685, (_W. Brzowski v. L. Brzowski;_ removal of IL. Cook County divorce case no. 01 D-14335) from April 22, 2003 to June 22, 2005, [creating a procedural: '_conflict of interest_' on this case as explained below];

4) Respondent Walter J. Brzowski has been showing to this U.S. Federal Northern District Court, that this: "Restricting Order case" is purely the evil-conduct of Judge James F. Holderman to use his judicial powers as a retaliatory 'weapon' against U.S. private

Citizen, Walter J. Brzowski because movant Mr. Brzowski on the *other* Federal Removal case, 03 C-2685, exposed a huge fatal blunder by Judge Holderman on May 5, 2003, (on April 28, 2005, *via* 'Petition'), when said Federal District Judge wrongfully chose to 'dismiss' Federal Removal case no. 03 C-2685 upon a questionable finding of: *"lack of subject-matter jurisdiction",* that would be contrary to Federal Title 28 USC § 1447(c);

5) On both September 5, 2017 and on November 25, 2020, (along with an attaching 'Motion to Vacate All Orders Upon Case no. 07 C-5613' on April 13, 2009; and on March 29, 2023), along with three more on February 5th, 8th and 18th, 2025, [Respondent] Walter J. Brzowski filed 8 page, 38 point; 11 page, 55 point; (6 page, 30 point; and 2 page Inquiries), Legal Instruments that clearly *rejects* EVERY worthless arbitrary Order(s), Finding(s) allegedly entered by Federal Chief Judges James F. Holderman, Ruben Castillo, Rebecca R. Pallmeyer and now Virginia M. Kendall, (who both wrongfully 'think and believe' they have the power to inflict such horrible, *sadistic* injury to keep this *un*-constitutional case flowing onto (innocent—Citizen), Walter Brzowski on April 20, 2022, on March 15, 2023 and again on July 14, 2023), back to September 20, 2007 and back to September 18, 2008; U.S. private Citizen Walter J. Brzowski now elects to adopt these **six** undefeated—*un*opposed: 'Legal Instruments' filed into this **'B.S.'** **void** unconstitutionally defective case for support;

6) *BUT* before (former), Federal Chief Judge James F. Holderman can create his *sua sponté*: 'Administrative Order' on September 20, 2007, there is an IL. Supreme Court Rule that should have been taken for **Judicial Notice** by (*latter*), Chief Judges Rebecca R. Pallmeyer and Virginia M. Kendall that directly relates and instructs what a, (State Court Chief Judge) should apply before creating any type of Administrative Order against a litigant com-pelling him or her what to do or not to do; Such IL. Sup. Court Rule addressing this procedural requirement onto a (State Court Chief Judge) **is #21(c)** that is still applicable onto both Ms. Pallmeyer, and Ms. Virginia M. Kendall along with their fellow Executive Committee Democratic fellow buddies since April 20, 2022, (Fact);

7) These **3** Federal District Court Chief Judges, (Holderman, Pallmeyer and now Kendall) were shown that when 'they' created this retaliatory, unconstitutional Case against (*other* litigant), Walter J. Brzowski by *sua sponte* design on September 20, 2007, 'they' all became countering litigants thereto, which denies 'them' to enter any type of Order against (Counter Plaintiff), Walter J. Brzowski due to the developed: *"conflict-of-*

*interest"* principle at work here, as previously foretold to them upon those two filed: "Legal Countering Instruments" on February 5th, and 18th, 2025 by Mr. Brzowski;

8) Yet these **3** inept Federal Chief Judges, (*esp.* Pallmeyer and Kendall), stubbornly and with Democratic Party-overtones fueling their WOKE narratives, refuse to grasp, and keep producing worthless—meaningless, overreaching invalid Orders, that was finally resolved on May 7, 2021, and cemented on July 14, 2023, (*Emphasis added*);

9) On July 14, 2023, Federal Chief Judge <u>Rebecca R. Pallmeyer</u> finally, after years of bitching to her from (Counter Plaintiff), Walter J. Brzowski, entered a: "Executive Committee Order", (Doc. #242), that acknowledged the May 7, 2021: "Amended Executive Committee Order", and referenced it therein;

10) (Former), Federal Chief Judge Rebecca R. Pallmeyer plainly stated therein, (p. 1, para. 2), as to finally come-to-grips that Judge James F. Holderman and Judge Ruben Castillo made grave errors upon Federal Removal Cases 02 CV-6219 and 03 CV-2685 by choosing to dismiss those removal cases over the proper remand on September 9, 2002 and May 5, 2003 that would be violative to Federal Remand Code 28 USC § 1447(c);

11) As to that referenced May 7, 2021 "Amended Order", (Doc. #94), it also reveals that due to (former), Federal Chief Judges James Holderman's and Ruben Castillo's blatant grave errors, nullified several substantive Judicial acts upon Cook County IL. Civil divorce case No. 01 D-14335 *for at least* a period of 26 months, (April 22, 2003 to June 23, 2005), in pursuant to Federal Removal Title 28 USC § 1446(d), and several Federal Case law precedents, that holds the State Domestic Relations Court's attempted substantive judicial acts on April 22—25, 2003, on May 20, 2003 and on April 29, 2005 of defective Civil divorce case No. 01 D-14335, **null** and **void**, (Fact);

12) These named **3** Federal overreaching, Democratic-appointed Chief Judges, (Holderman, Pallmeyer and now Kendall: {*who incidentally, operated recklessly on Fed. Removal Case no. 07 C-1288 in March, 2007*), refuse to accept this concept-in-the-Law, and all have chosen to continue on to heavily violate their sworn Oaths of Judicial Offices in a malicious manner to further create unconstitutional havoc onto Walter J. Brzowski's personal life, without their authority to do so since September 20, 2007 and September 18, 2008;

13) The (latter), two Federal Chief Judges hereby named as Rebecca R. Pallmeyer and now Virginia M. Kendall *in-tow*, have been choosing to steal Walter J. Brzowski's Federal Jury award money from an **illegal** Cook County IL. trust fund account, swaying a lame,

lapdog Democratic-elected Cook County IL. Clerk, Mariyana T. Spyropoulos to periodically extort funds from that unlawful account only as to "chastise Walter J. Brzowski for exposing the blatant—retarded *HUGE* blunders committed by their fellow previous Chief Judges Ruben Castillo and James F. Holderman, and as to force him into their warped, WOKE, leftist submissions";

14) (Counter Plaintiff), Walter J. Brzowski now places a personal, Stern Warning onto Chief Judges/(Political Advocates): Rebecca R. Pallmeyer and her fellow 'side-kick' Virginia M. Kendall that they can be subjected to: "Brzowski *Personal* Justice", since they have recklessly and conspiracy rendered worthless Orders in an attempt to steal my goddamn Federal Jury award money through a corrupt, Democratic-*elected* fellow County Clerk, (Spyropoulos), which I have every Right and means to inflict to richly acquire and protect my Legal Interests-Stake to that illegally held Federal Jury money!!

15) **LET IT BE KNOWN**: That "if" these two (Political-Woke Judicial Activists), Pallmeyer and Kendall are 'startled or alarmed' to this new, aggressive: "warning conduct" now taken by (Counter Plaintiff), Walter J. Brzowski and choose to notify the U.S. Northern District Attorney's Office, just remember that the U.S. Northern District Attorney is too: "under-the-gun", since he/(they) have mysteriously refused to take the necessary criminal action against (Criminal-Defendant), **Virginia M. Kendall** after January 29, 2025, (along with several other named Cook and Will County IL. Judges; Appellate Justices) pursuant to Fed. Criminal Code 18 USC § 242, (2 Counts), revealing a type of: "protecting their Democratic-fellow club members from their illegal wrongdoings", that encroaches upon his sworn Oath—duty to foresee: *"that nobody is above-the-law under their jurisdictional authority"* that encompasses (Complainant) Walter Brzowski's sworn Complaints to him!

16) These three named Federal Chief Judges/(Political Advocates), have repeatedly failed to alert another Federal District Court Chief Judge, (outside the reigns and influences of this crooked Seventh District Court's boundaries), for a Trial setting, which would then show that 'they' are trying to keep this unconstitutional, *sua sponte* Case "under-wraps", away from exposing their horrible misconducts they inflicted onto (*litigant—U.S. private Citizen*), Walter Brzowski, and onto his Family, Children, Property, Money, that is now trying to induce a fellow Democratic County Clerk to repeatedly steal my Federal money, when they possess **NO** type of jurisdiction to do so through the: *"conflict-of-interest"* principle,

that reduces them down to a private litigant-Citizen, stripping them from any type of: 'qualified judicial immunity' from criminal causes against them, (Fact)!

17) As by such, the two: "Amended—Orders" on July 14, 2023 and May 7, 2021 previously exhibited and "acknowledged" by Judges Pallmeyer and Kendall on April 20, 2022 and January 10, 2025 operate well-within the mandated guidelines of: "fair and impartial Const. due process Justice served";     *AND* destroys Judge Virginia M. Kendall's reckless allegation of 'fake orders', (Jan. 10, 2025), because every attempted, *invalid* order she and her fellow colleague Judges entered between September 20, 2007 to January 10, 2025 would be declared: '**void**—fake orders', since as shown above, and upon those six cited, *un*defeated: "Legal Instruments" by (Counter Plaintiff) Walter J. Brzowski, they did **NOT** have the legal authority to enter through the: "*conflict-of-interest*" principle that they all seem to strangely ignore, holding them as criminal: "*trespassers of the law*", (See: *U.S. v. Will*, #449 U.S. 200, 216; #101 S.Ct. 471, (1980); *In re: Sawyer*, #124 U.S. 200, (1888); and *Scheuer v. Rhodes*, #416 U.S. 232; #94 S.Ct. 1683, 1687, (1974};

18) It also appears that by the Democratic Party's strong influence upon this corrupt U.S. Northern District Court for Illinois, (7th Dist.), these District Judges operating unchecked through the weaker Republican Party, (Donald Tracy; Jeffrey Fiedler) are spoiled into a lull of 'self-entitlement Club' as to then proceed in a arrogant political fashion to enhance this Party's agendas and narratives which is repugnant to the fair and equal administrations under the law, (*Emphasis added*);

19) As to reveal of this "Advocated Club Setting" at the IL. Dirksen Federal Building, Chief Judges James F. Holderman, Rebecca R. Pallmeyer and **new** Chief Judge Virginia M. Kendall are mysteriously "allowing—ignoring" the fact that the other Chief Judge Ruben Castillo did-in-fact, violate the strictures within Federal Remand Code 28 USC § 1447(c) on and since September 9, 2002, (Fed. Removal case no. 02 CV-6219), when this exposed Democratic-*appointed* moron wrongfully chose to: "*choose dismissal over the proper remand procedure*", and even refused to do so when pointed-out to him by (movant) Brzowski on July 26, 2008, that by that Federal Code, along with several binding Case law precedents, STILL denies the Cook County IL. Domestic Court of its subject-matter jurisdiction to continue on defective Case No. 01 D-14335 after September 4, 2002, something that infuriates (female), Chief Judges Pallmeyer and Kendall in the

- 5 -

interim, fueling their hatred and discontent towards, (innocent/Counter Plaintiff), Walter J. Brzowski since April, 2022, (*again*), **without their legal power to do so**, (Fact)!

20) A 19th Century French Politician-Statesman revealed of this 'politicalizied Federal Club's 7th District Charter' as: "*When plunder becomes a way of Life for a group of men in a society, over the course of time they create for themselves a legal System that authorizes it and a moral code that glorifies it*", (French politician Frederic Bastiat), meaning that this U.S. Northern District Court of Illinois has become accustomed to operating recklessly within the Democratic Party's narratives without any restraints, opposition from the weaker, **in**-effective Republican Party's coward politicians—committeemen, running unchecked and rogue for several years now like a goddamn out-of-control circus-weed!

21) **OUR** U.S. President Donald J. Trump is also, (apparently), being exposed of a Federal District Court, D.C. Judge's overreaching, politicalizied void "Order." on March 15, 2025 a pure element of this WOKE Democratic Party's influential reach into the tainted Federal Court System, that also has been exposed in a New England's MA. Federal District Court as well against this sitting, Executive Branch's Chief Officer-President!

**WHEREFORE,** The (Counter Plaintiff), Walter J. Brzowski now respectfully places and asserts these two *VALID* and enforceable 'Orders' from May 7, 2021 and July 14, 2023 onto this Docket since they are drafted from what the Record relates to and what Const. due process adheres to, which as such, reinstates Mr. Brzowski's "Filings" in February, 2025 back onto the Calendar Docket Call as to **DEMAND** for a fill-evidentiary Hearing in front of a Third Article Judge Panel, unattached from the biased, political influences from this corrupt Seventh District Court of Illinois' influences, and as to have this Two Count Criminal Complaint against rogue Judge Virginia M. Kendall proceed forward within the Northern District Attorney's Office promptly!

## ATTESTATION

I, Walter J. Brzowski, having read and understood the above self-subscribed "Pleading", certifies it to be true and correct in content and form, and as to where knowledge of Information disclosed within is also truthful to assert in a Court of Law for proper recourse and effect.

Dated this 24th day of March, 2025

Walter J. Brzowski

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT COURT OF ILLINOIS
### EASTERN DIVISION 2021 MAY -7 AM 9:25

In the Matter of                          )
                                  )      CLERK

                                  )    .S DISTRICT COURT

Walter J. Brzowski                         )          Civil Action No. 07 C 5613

                                  )    U.S.C.A. 19-2167

     Plaintiff, *pro se*                  )

## AMENDED EXECUTIVE COMMITTEE ORDER

Plaintiff Walter J. Brzowski on November 25, 2020, filed a 'Motion to Vacate all Orders on Case No. 07 C-5613' which is pending before the Executive Committee at this point; and as to re-entertain Plaintiff Brzowski's two other filed 'Petition to Dismiss Case No. 07 C-5613' on September 1, 2010, and also his filed: 'Motion to Dismiss Case No. 07 C-5613 Nunc Pro Tunc' on February 26, 2009 that supports the latter filing on November 25, 2020. Plaintiff asks the Executive Committee to review this open Motion(s) which we will now consider.

This court being fully apprised of the circumstances in this case, grants Plaintiff Brzowski's motion and amends the prior Order from May 7, 2009, (Dkt. No. 33), and vacates the Orders from September 18, 2008, (Dkt. No. 17), and September 20, 2007, (Dkt. No. 1), because we now have reconsidered those Orders based upon what Plaintiff Brzowski has been relaying to this Committee since September, 2008 through his filed Motions, as explained in the "Statement" section of this Order.

## STATEMENT

The Executive Committee opened this case *sua sponte* on September 20, 2007 for the purpose of issuing an order restricting Brzowski from filing in the Northern District of Illinois. (Dkt. No. 1). After Plaintiff Brzowski filed two more cases without obtaining leave from the Executive Committee, we issued an additional order on September 18, 2008 directing the clerk to destroy any papers submitted by or on behalf of Walter J. Brzowski, (Dkt. No. 17; "Restricted Filer Order"). The Restricted Filer Order has been continued multiple times, most recently until

December 17, 2020. But prior to that date, Brzowski has continued to file motions into the record stating that upon a grave error(s) of the Northern District Court of Illinois upon two developed removal cases, 02 C-6213 and 03 C-2685 against the Cook County Illinois Circuit Court, 01 D-14335, (*Brzowski v. Brzowski*), the State County Court was still without jurisdiction to legally operate forward on and since September 4, 2002, (filed: "State Court filed 'Notice of Removal" upon Fed. Removal case no. 02 C-6219), pursuant to Title 28 USCA § 1446(d), which we now have concurred with the Northern District Court from April 17, 2007, (Removal case no. 07 C-1504), that movant Brzowski did indeed remove his State civil case, 01 D-14335 which he was in proper compliance to that cited Removal statute on that 2002 date. The Northern District Court of Illinois found on April 17, 2007 that there was a 'mistake' by the previous District Court on September 9, 2002, (02 C-6219) to wrongfully dismiss this first of four removal cases from movant Brzowski, which conflicts with the Remand statute of 28 USC § 1447(c), upon the court's finding of lack of jurisdiction.

We, the Executive Committee find in agreement with the Northern District Court of Illinois on case no. 07 C-1504, (April 17, 2007), that upon the recognition of a second removal case created by movant Brzowski on April 22, 2003, (No. 03 C-2685), against that Cook County civil action no. 01 D-14335, and the subsequent filed Notice of Removal into the State Court record on the same date, such second removal acted as a loss of subject matter jurisdiction again onto their Domestic Relations Division on that particular civil case, which like before on case no. 02 C-6219, the Northern District Court of Illinois again made a crucial error by dismissing the second Removal case on May 5, 2003, citing lack of jurisdiction. The Remand statute that is applicable here upon this key issue is 28 USC § 1447(c), which is quite precise and clear upon the Court's finding of lack of jurisdiction upon a Removal case is to enter a certified copy of order of remand back to the State court clerk which may thereupon proceed with such case: *Roberts & Schaefer Co. v. Merit Contracting Inc.*, 901 F.Supp. 1349, (Sept. 29, 1995); *Lance v. Employers Fire Ins.*

2

*Co.,* 66 F.Supp. 2d 921, that exposes this error committed by the U.S. Northern District Court a second time on May 5, 2003. *Fent v. Oklahoma Water Resources Bd.,* 235 F. 3d 553, (C.A. 10, Dec. 18, 2000); *Primate Protection League v. Tulane Education Fund,* 111 S.Ct. 1710, (1991). Plaintiff Brzowski has also previously shown to this Executive Committee, as well as onto the Northern District Court of Illinois on April 17, 2007, that he did indeed moved another Northern District Court on April 28, 2005, (No. 03 C-2685), exposing the error by the Court on May 5, 2003, which that Court agreed with movant Brzowski and granted the Docket text order of remand; The former Chief Judge operating on this Restricted filer case, [James F. Holderman], who also presided upon second removal case no. 03 C-2685, stated on April 16, 2009, (p. 4, #8-10), *"You are correct that I erred when I dismissed your case for subject matter jurisdiction. I should have remanded the case",* which acknowledges that error of judgment on May 5, 2003, and was also acknowledged by that other District Court on April 17, 2007 as well. Plaintiff Brzowski had shown both to this Executive Committee and the prior District Court of Illinois on April 17, 2007 that the certification to the Remand order was delayed to June 22, 2005, which was procedurally filed into the Cook County IL. civil case on June 23, 2005, (No. 01 D-14335), in adherence to Title 28 USC § 1447(c) by movant Brzowski, that would then correlate to reestablish State jurisdiction back onto the Cook County Domestic Relations Court.

We also have been made aware by both Plaintiff Brzowski and the Northern District Court of Illinois on April 17, 2007, (No. 07 C-1504), that the first Federal removal case, 02 C-6219, was also in error to not subsequently follow the same lead established by the second Remand Court on April 28, 2005, which upon its non-compliance to Remand title 28 USC § 1447(c) on and after September 9, 2002, still holds the subject matter jurisdiction of Cook County IL. civil action no. 01 D-14335 in limbo since thereof: *State of LA v. Sprint Communication Co.,* 899 F. Supp. 282, (M.D. La. 1995); *Hubbard v. Combustion Engineering Inc.,* 794 F. Supp. 221, (E.D. Mich. 1992), which in turn, nullifies all the State court's actions afterwards due to lack of such

3

jurisdiction. *State of South Carolina v. Moore*, 447 F. 2d 1067, (1967); *New York State Nat. Org. for Women v. Terry*, 697 F. Supp. 1324, (S.D.N.Y., 1988). We find this to be true and correct upon held Case precedents cited above under *Stare Decisis* doctrine.

   We, the Executive Committee for the Northern District Court of Illinois have also now come into agreement that our May 7, 2009 order discussing upon a removing party's denial of his filed *in forma pauperis* petition on September 9, 2002 (No. 02 C-6219), and again on May 5, 2003, (No. 03 C-2685), would not affect a proper removal(s) is misstated since the Removal statute 28 USC § 1446 (d) is silent in the taking of the filing fees first by a moving party before to effectuate such Removal method, and We cannot further find any binding precedent that would concur with our finding on May 7, 2009, and thus it is withdrawn and vacated at this point.

   We, the Executive Committee for the Northern District Court of Illinois are now ordering the dismissal of this case, finding in Plaintiff Brzowski's favor as to remove him from the: "Restricted Filer List" instanter, since we have now concluded that Brzowski has sustained his burden of proof to overcome the sanction levied against him on and since September 20, 2007, allowing him to exercise his U.S. Constitutional Rights within the venue of the Northern District Court of Illinois freely and with justifiable intentions.

IT IS SO ORDERED: That the Orders entered on May 7, 2009, (Dkt. 33), September 18, 2008, (Dkt. 17), and on September 20, 2007, (Dkt. 1), are DISMISSED WITH PREJUDICE; and

IT IS FURTHER ORDERED: That Walter J. Brzowski is removed from the: "Restricted Filer List" instanter.

IT IS FURTHER ORDERED: That the Clerk shall cause a copy of this order to be mailed to Mr. Brzowski at *c/o*: 6431 South Karlov Avenue, Chicago IL. 60629, his last known address divulged to this Committee through his legal papers on November 25, 2020 without delay.


ENTERED: May 7, 2021

Exhibit 'B'

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In The Matter of               )       ,

                             )      Civil Action No. 07 CV 05613

Walter J. Brzowski         )

                             )      (Before the Executive Committee)

## EXECUTIVE COMMITTEE ORDER

Walter J. Brzowski was a restricted filer in the Northern District of Illinois, see 07 CV 05613,

[01]. On May 7, 2021, the Executive Committee adopted the Amended Executive Order which

had reversed the initial restriction-filer order from September 20, 2007 since we have since

discovered through his filings into this case that Walter J. Brzowski has shown equity and merit

to his pleadings that were based upon Federal laws showing he was true and correct upon his

Federal removal cases 02 CV 06219, 03 CV 02685, 07 CV 01504, and 07 CV 02610 in pursuant

with Federal code 28 USC § 1446(d) that did in fact, generate three Federal remand orders on

June 22, 2005, March 22, 2007 and May 29, 2007 in compliance with Federal remand code 28

USC § 1447(c)(d), [94]. Walter Brzowski did reveal to this Committee that we are duty-bound by

certain Federal case precedents coming forth from other Court of Appeals and from the United

States Supreme Court regarding these matters of the 'removal of a state case to a federal

district court' and the proper procedures subsequent to such removals.

We have since concurred with Walter J. Brzowski that the Federal District Court erred when it

chose to dismiss case 03 CV 02685 over remand on May 5, 2003 which the Court corrected

itself on April 28, 2005 due to Walter's filed Petition to Remand, (April 18, 2005), that was

addressed on the adopted May 7, 2021 Amended Order, [94]. We also noted thereon, that the

Court also erred by choosing to dismiss rather than remand on September 9, 2002 on Walter

Brzowski's first removal case 02 CV 06219 which still holds State divorce case 01 D 14335,

(*Brzowski v. Brzowski*), suspended until the District Court follows the guidelines within the

remand statute. We also noted that the State court was in error by moving after these removal

cases were filed but not waiting for the remand orders from these Northern District Courts

which would hold their judicial actions for naught. The Committee also concurred with the

other District Court's oral statements on April 17, 2007, 07 CV 01504, which We found to

adhere to due process Law and as such for Justice served upon this now closed matter.

IT IS THEREFORE ORDERED that Walter Brzowski has proven his case to this Committee and is

thus relieved of any restriction obligations and monetary sanctions on and since May 7, 2021,

[94], and the Clerk is instructed to rescind any emplaced filing restrictions on him in accordance

to his First Amendment Right as to freely express at the Northern District Courthouse of Illinois.

ENTER:

FOR THE EXECUTIVE COMMITTEE

Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 14th day of July 2023

**UNITED STATES NORTHERN DISTRICT COURT OF ILLINOIS**
**DEPARTMENT OF JUSTICE    EASTERN DIVISION**

UNITED STATES OF AMERICA
    Plaintiff

v.

                      CASE NO. _____

VIRGINIA M. KENDALL
    [Defendant]

## CRIMINAL FELONY COMPLAINT—TWO COUNTS
### Deprivation of Rights—Interference with Constitutional Due Process Justice

I, Complainant, Walter J. Brzowski, Chicago IL. 60629, in pursuant to 18 USC § 242 does hereby invoke the necessary two Count Felony criminal charge against this named Federal Defendant, Virginia M. Kendall, (y.o.b. 1962; adm. IL. 1992), a (now), Chief Federal Judge in the Seventh Circuit, [219 S. Dearborn Street, Room 2541, Chicago IL. 60604] based upon the following information:

### COUNT I

On November 22, 2024, Democratic-*appointed* Chief Judge **Virginia M. Kendall**, without any legal Constitutional means and/or authority to do so, that should have been previously known to her due to the numerous neglected and ignored "Filings" by Walter J Brzowski for over 15 years, wrongfully enforced a unconstitutional 'Restricted Order' upon Case No. 07 CV-5613 against Complainant Walter J Brzowski by *sua sponte* design, as to unjustifiably and with malicious-political intent, swayed the Cook County IL. Circuit Court *elected* Clerk, {Mariyana T. Spyropoulos, Room 1001, Chicago IL. 60602}, to steal some $25,000.00 out of an illegal, [*non*-consented] Trust Fund set forth in (receivership), Walter J. Brzowski's name on January 17, 2023, (Case No. 22 CH-2087, *Henderson-Parks LLC v. L. Brzowski; W. Brzowski*), only perceived to be well-outside Judge Kendall's limited scope of authority that has been infringing upon Mr. Brzowski's First Amendment Right/Claim to: *"fully retrieve the total, due process monetary claim to said Federal Jury award,* (August 6, 2020, $731,000.00 + interest, Federal Tort Case No. 17 cv-9339, *Brzowski v. Sigler, Hadley*), *of what is lawfully due him"* ever since, which (Defendant) Judge **Victoria M. Kendall** knows, *or should know* that she is clearly

obstructing Mr. Brzowski's Constitutional Claim Rights to do so in a pure vindictive tone, [since she was shown that she made a grave error in March, 2007, (Fed. Removal Case no. 07 C-1288, *People vs. Brzowski* as to refuse to take the overseeing jurisdictional control over Will County IL. cases 05 CM-3968, 06 CM-0103 due to unconstitutional effects taken against Mr. Brzowski in Joliet IL. 60432], in clear violation of U.S. Federal Criminal Code 18 USC § 242!

## COUNT II

Now again, on January 10, 2025, *current* Chief Judge **Virginia M. Kendall**, knowingly that she is in clear violation of her sworn duties to recognize and uphold the U.S. Constitutional Rights possessed by Complainant Walter J. Brzowski since March 9, 2007, (Fed. Case no. 07 cv-1288), and on September 20, 2007, (No. 07 cv-5613), drafted a Rule to Show Cause Order that strongly appears to place *another* type of unlawful monetary sanction onto Mr. Brzowski of $25,500.00 that created an evil, unwarranted, harassing criminal threat upon his legal claim to that *unconstitutionally* held Cook County Trust Fund account through Mrs. Kendall's "conflict-of-interest"[1] abuse of her *challenged* authority which is a direct form of dereliction of her *limited* judicial duties, only construed to interfere with Mr. Brzowski's afforded Const. due process Justice and full monetary claim to finally retrieve of that said Jury award money, (*now around* $498,335.23), at the Richard J. Daley Center IL. Courthouse due to her overreaching aspects to vindictively sway Cook County Clerk Mariyana T. Spyropoulos to withhold, exposing her vindictive, overreaching conducts against Mr. Brzowski since November 22, 2024, since she, and her previous "*fellow* Democrat-appointed Chief District Judges: Holderman, Castillo, Pallmeyer", blatantly ignored all of (Counter litigant), Walter J. Brzowski's prior filed 'Countering Instruments' that offers another, clear-cogent side of this "story", [relating to meritorious and directed challenges against their subjective-unfounded conjectures since September 20, 2007 and September 18, 2008 that revealed the held errors and misstatements made by them, and *she is still making*, [Kendall], in clear

---

[1] Since Case No. 07 CV-5613 was never assigned a neutral, *other*-different Federal District Court Judge since September 20, 2007 to 'hear these on-going matters', an aura of conflict-of-interest has developed between Chief Judges James F. Holderman, Ruben Castillo, Rebecca R. Pallmeyer and now Virginia M. Kendall upon Mr. Brzowski!

violation of U.S. Federal Criminal Code 18 USC § 242, *and impartial due process Justice!*

→[Complainant, Walter J. Brzowski puts forth this "ironic provability" upon these served Federal Governmental Agencies, Chicago IL. 60604, 60608, and Washington D.C. 20530, 20535, in that all Seventh Circuit/District Chief Judges, [*former*] Rebecca R. Pallmeyer's and now Kendall's 'alleged monetary sanctions' have occurred on and after April 20, 2022, one month **AFTER** Federal Attorney Firm Henderson-Parks LLC Group created Cook County Interpleader Case 22 CH-2087, (Devlin Schoop, Lead Counsel on Federal Tort Case No. 17 cv-09339, *Brzowski v. Sigler, Hadley*), since it was probably well-perceived by both Ms. Pallmeyer and now Mrs. Kendall that crooked, politically-*laced* Cook County Chancery Division Judge Thaddeus L. Wilson was going to grant Mr. Schoop's Case to place "Client" Walter J. Brzowski's 67% portion of that Jury award into a nameless and unreachable "Trust Fund Account" for litigant Walter Brzowski to not obtain, only as to then start the uncon-stitutional commencement of entering "repeated monetary sanction orders" against Mr. Brzowski on and after April 20, 2022 as to unjustifiably punish him for: 'disturbing their *politicalizied* judicial club when he exposed Federal Judge Holderman's and Castillo's **HUGE** blunders on Federal Removal Cases 02 C-6219 and 03 C-2685 that **nullified** several key Judicial Acts upon fatally defective Cook County IL. divorce Case 01 D-14335, (*L. Brzowski v. W. Brzowski*), in pursuant to Federal Codes 28 USC § 1446(d) and § 1447(c), along with *per se* to several published Case law precedents!←

I, the Complainant Walter J. Brzowski, being duly sworn on oath, depose and states that he has read the foregoing complaint by him duly subscribed and that the same is held true.

OFFICIAL SEAL
NATALIE LOPEZ
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 03/26/2025

Walter J. Brzowski
Complainant
*c/o:* 6431 South Karlov Avenue
Chicago IL. 60629
email: weblfore@gmail.com

Sworn to me this day of:

January 20TH, 2025

Notary Public

**TO:** (Defendant) Judge Virginia M. Kendall
219 S. Dearborn Street   Room 2541
Chicago IL. 60602

**TO:** Federal Bureau of Investigations
{Dir. Kash Patel? Copy
935 Pennsylvania Avenue N.W.
Washington D.C. 20535

- 3 -

Case: 1:07-cv-05613 Document #: 204 Filed: 04/01/25 Page 16 of 16 PageID #:1994

Retail

U.S. POSTAGE PAID
FCM LETTER
CHICAGO, IL 60629
MAR 24, 2025

$1.29

S2324D503285-13

60604

RDC 99

Walter Brzowski
%: 6431 S. Karlov Avenue
Chicago IL. 60629

FEDERAL EXECUTIVE COMMITTEE
219 South Dearborn Street
Room 2541
Chicago IL. 60604

LEGAL MAIL

## IN THE UNITED STATES NORTHERN DISTRICT COURT
## OF ILLINOIS     EASTERN DIVISION

FED. CHIEF JUDGE VIRGINIA M. KENDALL )
  w/(CHIEF JUDGE REBECCA R. PALLMEYER) )
    (*Realigned* Defendants) )
      v. )
     )
WALTER J. BRZOWSKI )
    {Counter Plaintiff} )

**CASE NO. 07 C-5613**

**NO** *other* District Court Judge
properly-legally assigned!

**F I L E D**

~~APR 01~~
~~MAR 31~~ 2025

**THOMAS G. BRUTON**
CLERK, U.S. DISTRICT COURT

### NOTICE OF FILING

TO: Federal Executive Committee
    {Defendant's} 'Copy'
    219 S. Dearborn Street #2541
    Chicago IL. 60604

TO: Fed. Bureau of Investigations
    Dir. Kash Patel's: 'Courtesy Copy'
    935 Pennsylvania Ave. N.W.
    Washington D.C. 20535-0001

**PLEASE TAKE NOTICE** That I, Walter J. Brzowski, filed with the U.S. Federal Clerk **on March 26, 2025** at the Everett M. Dirksen Federal Building, 219 South Dearborn Street, Room 2000, Chicago, IL. 60604, a: "Petition for Leave to Enforce Two Valid Order(s)", a copy of which is now hereby served upon you.

Name: Walter J. Brzowski
(Movant) [Plaintiff], *pro sê*
Address: 6431 South Karlov Avenue
    Chicago IL. 60629
    #(773) 474-9803?

_____
    Walter J. Brzowski

---

### CERTIFICATE AND AFFIDAVIT OF DELIVERY PERSONALLY, OR FAX, OR BY MAIL

The undersigned hereby certifies under penalties of perjury as provided by law pursuant to U.S. Northern District Rule #LR5.3., that the above NOTICE OF FILING and any attachments were: ___personally delivered, **OR** ___placed in the U.S. Mail Service with first class prepaid postage and directed to all Parties of record at the addresses set forth above, **OR**___ by FAX transmission to the collateral recipient's numbers at (312) 554-8512 and (202) 324-3012 on or about March 24, 2025.

_____
    (Signature)

Walter J. Brzowski
(Print Name)

**THOMAS G. BRUTON, CLERK OF THE NORTHERN DISTRICT COURT FOR ILLINOIS**

Case: 1:07-cv-05613 Document #: 204-1 Filed: 04/01/25 Page 2 of 2 PageID #:1986

Retail

U.S. POSTAGE PAID
FCM LETTER
CHICAGO, IL 60629
MAR 24, 2025

$1.29

S2324D503285-13

60604

RDC 99

LEGAL MAIL

Walter Brzowski
C/o: 6431 S. Karlov Avenue
Chicago IL. 60629

FEDERAL EXECUTIVE COMMITTEE
219 South Dearborn Street
Room 2541
Chicago IL. 60604