# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                              Case No.: 1:25−cr−00589
                                                                 Honorable Steven C. Seeger

Walter Brzowski

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 21, 2025:

      MINUTE entry before the Honorable Steven C. Seeger as to Walter Brzowski: Defendant's motion for recusal and motion for reassignment to an out−of−district judge (Dckt. No. [22]) is hereby granted. Defendant Brzowski is charged with committed a fraud on the Court itself, by forging a signature of Judge Pallmeyer of the Northern District of Illinois. One or more judges in this district might be fact witnesses, and the Clerk of Court conceivably could be a fact witness, too. In light of the nature of the allegations, this Court agrees that reassigning the case to a judge from another district is a better course of action. To be clear, this Court has no personal knowledge about the facts of this case whatsoever. Even so, this Court agrees that reassigning the case is appropriate. This Court will reach out to the Circuit Executive's Office to facilitate the reassignment of the case. In the meantime, the motion to stay all pretrial deadlines (Dckt. No. [23]) is hereby granted. All pretrial deadlines are stayed pending further order. In light of the upcoming reassignment, this Court believes that an exclusion of time is appropriate, too. This Court hereby excludes time in the interest of justice under the Speedy Trial Act until the next hearing before the new judge. If Defendant objects to the exclusion of time, then Defendant must file an objection by October 24, 2025. Mailed notice (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.