UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | Cause No. 25-CR-589 |
| | ) | |
| WALTER BRZOWSKI | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

A Zoom telephonic conference is **HEREBY SET** for **Friday January 23, 2026, at 1:00 p.m. Hammond/ Central Time,** before the undersigned. To connect, the parties shall dial 833-568-8864, enter meeting ID of 161 4768 5938#, push # to skip entry of the participant ID, and enter the meeting passcode of 220198#, at least five minutes prior to the start of the telephone conference.

ENTERED: November 14, 2025.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT