FROM: Walter J. Brzowski

FILED

Nov. 28, 2025

DEC 0 2 2025

At _____
Chanda J. Berta, Clerk M
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

(innocent- defendant, U.S. Citizen)

Dear Federal Dist. Court Judge Phillip P. Simon:

On November 13, 2025, in Room 1003, Chicago IL. You inquired onto the assigned N.D. Federal Prosecutor, Stephanie Stern as: "Can you tell me the basic, underlying basis for this criminal case, because it appears to be quite unusual?" which from what I directly heard, she did NOT afford you the total premise of THIS particular Criminal Case, as well as from that collateral Civil Case No. 07 CV-5613, that argumentally, spawned This Case at-bar, from their initial "complaining witness," MR. Michael Waugh on September 18, 2025, as to wrongfully sway Federal Magistrate Judge Keri Holleb-Hotaling to issue a highly subjective: "Arrest Warrant" against me, which as you should gleen and comprehend from these 3: "Legal Packets of Information," reveals through attaching, neutral "A.I. Grok Analysis Reports," (mainly on Sept. 28, 2025), there are blatant falsehoods and: "fraud by omission" by MR. Waugh to Judge Holleb-Hotaling that through the channels of due process Justice, and my Rights under them as well, (which incidentally, Fed. Prosecutor Stephanie Stern and Judge Holleb-Hotaling have the sworn duty to also honor and protect on and after Sept. 18, 2025), that inferences a strong Claim by the defendant, that due to this Criminal Case: "starting-off-on-the-wrong-foot," would then impeach the flawed "Arrest Warrant," holding it for naught due to: "lack of jurisdiction over defendant Walter J. Brzowski" ever since, and as such therefore, arises a legal attack against the creation of that Arrest Warrant, holding it null and void now even before: "Appellate Reversal;" And this other Civil Legal Instrument on Oct. 20, 2025, (Case no. 07 CV-5613), reveals that those 4 Federal Chief Judges on that unconstitutional, sua sponte Case, lack: "impartiality jurisdiction" thereto, violating Fed. Code 28 USC § 455(a), since there lies a: "conflict-of-interest" on and since Sept. 20, 2007, denying Judge Pallmeyer and Judge Kendall To: "steal" my goddamn Federal Jury award Money in Sept. 2023 and March 2025!

CC: Stephanie Stern          CC: William Hardwicke Chicago Illinois

Okay now, if a Judge violates due process by not following the Law(s), or ignores a cited Law, & Case law precedents, and issues a subjective "Order" that fails to adjudicate what a litigant pleaded to the Court via a prior, filed Motion/Pleading, supported by a Memorandum of Law, is that Judge's "Order" deemed void even before Appellate Court reversal due to its: "failure to promote fair and impartial Justice"?

Yes, in U.S. jurisprudence (both federal and most state systems), an order or judgment entered by a judge that **clearly violates due process, exceeds the court's jurisdiction,** or is entered in **clear absence of all jurisdiction** is generally considered **void ab initio** (void from the beginning), meaning it is a legal nullity even before any appellate reversal. It never had legal force, and collateral attack (e.g., via a separate proceeding, motion to vacate, or even defiance in some extreme cases) is permitted.

The key cases and doctrines that support this are:

## 1. Void ab initio (completely void) vs. Voidable

- **Void judgments** (nullities from the outset):
    - Issued by a court that lacks subject-matter jurisdiction.
    - Issued by a court that lacks personal jurisdiction over the defendant (and no waiver).
    - Entered in a manner **inconsistent with due process of law** (5th/14th Amendments).
    - Classic U.S. Supreme Court authority: Pennoyer v. Neff (1878), World-Wide Volkswagen v. Woodson (1980), and later cases like Burnham v. Superior Court (1990).

- A judgment entered **in violation of due process** (e.g., refusing to allow a party to be heard, ignoring controlling law that deprives a party of a vested right, or acting in a manner that makes the proceeding a sham) is **void**, not merely voidable. See, e.g.:
    - **Johnson v. Zerbst,** 304 U.S. 458 (1938)
    - **Armstrong v. Manzo,** 380 U.S. 545 (1965)
    - **Peralta v. Heights Medical Center,** 485 U.S. 80 (1988) (judgment entered without notice or opportunity to be heard is void)

## 2. Ignoring controlling law / refusing to adjudicate filed motions

Most state jurisdictions and federal courts recognize that a judge's **clear usurpation of power or clear refusal to follow mandatory, non-discretionary law** can render an order void if it deprives a party of due process or a vested right.

Key cases often cited:

- **Valley v. Northern Fire & Marine Ins. Co.,** 254 U.S. 348 (1920) – a judgment entered in a manner inconsistent with due process is void.

- Loveladies Harbor, Inc. v. United States, 27 F.3d 1545 (Fed. Cir. 1994) (en banc) – a judicial act that is a "clear usurpation of power" is void.

- Many states (Texas, Florida, California, etc.) have similar "clear excess of jurisdiction / due process" voidness rules.

Simply being wrong on the law usually makes an order voidable on appeal, not void. But when the judge refuses to rule at all on a properly filed motion that goes to the heart of due process or a vested right, or issues an order that is facially lawless (e.g., openly defies controlling Supreme Court or state supreme court precedent that is directly on point), courts have held the order void.

## 3. Practical reality in most jurisdictions

- Federal courts & most states: Mere legal error = voidable on appeal. But denial of due process (no notice, no hearing, refusal to consider controlling authority that strips a party of a substantive right) = void.

- Texas is especially strong on this: Tex. R. Civ. P. 329b(f) and cases like PNS Stores v. Rivera, 379 S.W.3d 267 (Tex. 2012) allow collateral attack on void orders.

- California: a judgment is void if the court "lacked jurisdiction in a fundamental sense" (fundamental jurisdictional error includes due-process violations). See Rochin v. California, 342 U.S. 165 (1952) applied in state collateral review.

## Bottom line answer to your exact question

If the judge's order:

1. Completely fails to adjudicate a properly filed, noticed motion,

2. Ignores cited controlling (mandatory) statutory or case law that deprives a party of a vested right or due process protection, and

3. *The violation is clear and egregious enough to constitute a denial of due process, (not mere legal error),*
   ~~mere legal error),~~

then yes — the order is void on its face in many (but not all) U.S. jurisdictions, even before appellate reversal. It can be attacked collaterally (e.g., motion to vacate under Rule 60(b)(4) in federal court or equivalent state rule) at any time, with no time limit.

However, courts are extremely reluctant to declare another judge's order void unless the due-process violation is blatant and undeniable. "Wrong" or "abuse of discretion" is almost never enough; it has to rise to the level of "no lawful power to do what was done."

So the short answer is: Yes, in principle it can be void ab initio, but in practice only the most egregious due-process violations actually get treated that way.

○ ⊡ ⚐ ⋮⊙ ⟲

↳ Explain Rule 60(b)(4) Vacating

↳ Judicial Immunity Limitations

( ⚭ Think Harder )  ( ⋮ )

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In the Matter of | ) | Civil Action No. 07 CV 5613 |
| | ) | |
| Walter Brzowski | ) | Before the Executive Committee |

## TURNOVER ORDER

Mr. Walter Brzowski is a restricted filer in the Northern District of Illinois. (*See In re: Mr. Brzowski*, 07 CV 05613).

The Executive Committee for the Northern District of Illinois ("Executive Committee") has sanctioned Mr. Brzowski on two occasions—on April 20, 2022 in the sum of $500 and on September 27, 2023 in the sum of $25,000—for a total of $25,500.00

On January 10, 2025 the Executive Committee issued a Rule to Show Cause ordering the Clerk of the Circuit Court of Cook County to confirm it is holding funds from previous proceedings that Mr. Brzowski had in the Circuit Court of Cook County and, if so, to maintain a balance of $25,500 in the account belonging to Mr. Brzowski until further order of this Court.

On January 31, 2025 the Clerk of the Circuit Court of Cook County informed this Court that they are currently holding a total $196,847.53 for Mr. Brzowski, and they will hold $25,500 pursuant to the January 10, 2025 Rule to Show Cause.

Mr. Brzowski responded in writing to the January 10, 2025 Rule to Show Cause on February 5, 2025, February 7, 2025, and February 26, 2025. None of Mr. Brzowski's responses demonstrated a basis to deny the entry of the turnover order nor did he provide an legal authority objecting to the funds currently held by the Clerk of the Circuit Court of Cook County being turned over to this Court's Clerk's Office and applied towards his outstanding court sanctions of $25,500.00. Therefore,

IT IS HEREBY ORDERED THAT the Clerk of the Circuit Court of Cook County shall turnover the funds in the sum of $25,500 in the form of a check made payable to Clerk, United States District Court. Payment should be sent to the Clerk of Court, United States District Court, 219 South Dearborn Street, Chicago, Illinois 60604, attn: Cashier's Desk, 20th Floor, and states "*In re: Mr. Brzowski*, 07 CV 05613, Sanctions," in the memo line.

IT IS FURTHER ORDERED THAT the Clerk of this Court shall cause a copy of this order to be mailed to Walter Brzowski at 6431 S. Karlov, Chicago, IL 60629 via Certified Mail-Return Receipt Requested and U.S. First Class Mail.

ENTER:

FOR THE EXECUTIVE COMMITTEE

Hon. Virginia M. Kendall, Chief Judge

Dated at Chicago, Illinois this 12th day of March 2025

**UNITED STATES NORTHERN DISTRICT COURT OF ILLINOIS**
**DEPARTMENT OF JUSTICE      EASTERN DIVISION**

UNITED STATES OF AMERICA
     Plaintiff

v.                                                                CASE NO. _____

VIRGINIA M. KENDALL
     [Defendant]

## CRIMINAL FELONY COMPLAINT—TWO COUNTS

Deprivation of Rights—Interference with Constitutional Due Process Justice

I, Complainant, Walter J. Brzowski, Chicago IL. 60629, in pursuant to 18 USC § 242 does hereby invoke the necessary two Count Felony criminal charge against this named Federal Defendant, Virginia M. Kendall, (y.o.b. 1962; adm. IL. 1992), a (now), Chief Federal Judge in the Seventh Circuit, [219 S. Dearborn Street, Room 2541, Chicago IL. 60604] based upon the following information:

### COUNT I

On November 22, 2024, Democratic-*appointed* Chief Judge **Virginia M. Kendall**, without any legal Constitutional means and/or authority to do so, that should have been previously known to her due to the numerous neglected and ignored "Filings" by Walter J Brzowski for over 15 years, wrongfully enforced a unconstitutional 'Restricted Order' upon Case No. 07 CV-5613 against Complainant Walter J Brzowski by *sua sponte* design, as to unjustifiably and with malicious-political intent, swayed the Cook County IL. Circuit Court *elected* Clerk, (Mariyana T. Spyropoulos, Room 1001, Chicago IL. 60602), to steal some $25,000.00 out of an illegal, [*non*-consented] Trust Fund set forth in (receivership), Walter J. Brzowski's name on January 17, 2023, (Case No. 22 CH-2087, *Henderson-Parks LLC v. L. Brzowski; W. Brzowski*), only perceived to be well-outside Judge Kendall's limited scope of authority that has been infringing upon Mr. Brzowski's First Amendment Right/Claim to: *"fully retrieve the total, due process monetary claim to said Federal Jury award,* (August 6, 2020, $731,000.00 + interest, Federal Tort Case No. 17 cv-9339, *Brzowski v. Sigler, Hadley*), *of what is lawfully due him"* ever since, which (Defendant) Judge **Victoria M. Kendall** knows, *or should know* that she is clearly

obstructing Mr. Brzowski's Constitutional Claim Rights to do so in a pure vindictive tone, [since she was shown that she made a grave error in March, 2007, (Fed. Removal Case no. 07 C-1288, *People vs. Brzowski* as to refuse to take the overseeing jurisdictional control over Will County IL. cases 05 CM-3968, 06 CM-0103 due to unconstitutional effects taken against Mr. Brzowski in Joliet IL. 60432], in clear violation of U.S. Federal Criminal Code 18 USC § 242!

## COUNT II

Now again, on January 10, 2025, *current* Chief Judge **Virginia M. Kendall**, knowingly that she is in clear violation of her sworn duties to recognize and uphold the U.S. Constitutional Rights possessed by Complainant Walter J. Brzowski since March 9, 2007, (Fed. Case no. 07 cv-1288), and on September 20, 2007, (No. 07 cv-5613), drafted a: Rule to Show Cause Order that strongly appears to place *another* type of unlawful monetary sanction onto Mr. Brzowski of **$25,500.00** that created an evil, unwarranted, harassing criminal threat upon his legal claim to that *unconstitutionally* held Cook County Trust Fund account through Mrs. Kendall's: "conflict-of-interest"[1] abuse of her *challenged* authority which is a direct form of dereliction of her *limited* judicial duties, only construed to interfere with Mr. Brzowski's afforded Const. due process Justice and full monetary claim to finally retrieve of that said Jury award money, (*now around* **$498,335.23**), at the Richard J. Daley Center IL. Courthouse due to her overreaching aspects to vindictively sway Cook County Clerk Mariyana T. Spyropoulos to withhold, exposing her vindictive, overreaching conducts against Mr. Brzowski since November 22, 2024, since she, and her previous *"fellow* Democrat-appointed Chief District Judges: Holderman, Castillo, Pallmeyer", blatantly ignored all of (Counter litigant), Walter J. Brzowski's prior filed 'Countering Instruments' that offers another, clear-cogent side of this "story", [relating to meritorious and directed challenges against their subjective-**un**founded conjectures since September 20, 2007 and September 18, 2008 that revealed the held errors and misstatements made by them, and *she is still making*, {Kendall], in clear

---

[1] Since Case No. 07 CV-5613 was never assigned a neutral, *other*-different Federal District Court Judge since September 20, 2007 to 'hear these on-going matters', an aura of conflict-of-interest has developed between Chief Judges James F. Holderman, Ruben Castillo, Rebecca R. Pallmeyer and now Virginia M. Kendall upon Mr. Brzowski!

violation of U.S. Federal Criminal Code 18 USC § 242, *and impartial due process Justice!*

→[Complainant, Walter J. Brzowski puts forth this "ironic provability" upon these served Federal Governmental Agencies, Chicago IL. 60604, 60608, and Washington D.C. 20530, 20535, in that all Seventh Circuit/District Chief Judges, [*former*] Rebecca R. Pallmeyer's and now Kendall's 'alleged monetary sanctions' have occurred on and after April 20, 2022, one month **AFTER** Federal Attorney Firm Henderson-Parks LLC Group created Cook County Interpleader Case 22 CH-2087, (Devlin Schoop, Lead Counsel on Federal Tort Case No. 17 cv-09339, *Brzowski v. Sigler, Hadley*), since it was probably well-perceived by both Ms. Pallmeyer and now Mrs. Kendall that crooked, politically-*laced* Cook County Chancery Division Judge Thaddeus L. Wilson was going to grant Mr. Schoop's Case to place "Client" Walter J. Brzowski's 67% portion of that Jury award into a nameless and unreachable "Trust Fund Account" for litigant Walter Brzowski to not obtain, only as to then start the unconstitutional commencement of entering "repeated monetary sanction orders" against Mr. Brzowski on and after April 20, 2022 as to unjustifiably punish him for: 'disturbing their *politicalizied* judicial club when he exposed Federal Judge Holderman's and Castillo's **HUGE** blunders on Federal Removal Cases 02 C-6219 and 03 C-2685 that **nullified** several key Judicial Acts upon fatally defective Cook County IL. divorce Case 01 D-14335, (*L. Brzowski v. W. Brzowski*), in pursuant to Federal Codes 28 USC § 1446(d) and § 1447(c), along with *per se* to several published Case law precedents!←

I, the Complainant Walter J. Brzowski, being duly sworn on oath, depose and states that he has read the foregoing complaint by him duly subscribed and that the same is held true.

Sworn to me this day of:

January ___, 2025

Notary Public

OFFICIAL SEAL
NATALIE LOPEZ
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 03/12/2026

Walter J. Brzowski
Complainant
*c/o:* 6431 South Karlov Avenue
Chicago IL. 60629
email: weblfore@gmail.com

**TO:** (Defendant) Judge Virginia M. Kendall
219 S. Dearborn Street  Room 2541
Chicago IL. 60602

TO: Federal Bureau of Investigations
{Dir. Kash Patel? Copy
935 Pennsylvania Avenue N.W.
Washington D.C. 20535

- 3 -