UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>vs. )<br>)<br>WALTER BRZOWSKI )<br>)<br>Defendant. ) | Cause No. 25-CR-589 |

### ORDER

Defendant, Walter Brzowski, sent a letter with several attachments to the undersigned. [DE 32.] However, Attorney William Hardwicke represents Mr. Brzowski. Therefore, Mr. Brzowski's letter and attachments [DE 32] are **STRICKEN**. Mr. Brzowski is ADVISED to proceed in the future only through filings made by his attorney.

ENTERED: December 4, 2025.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT