UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | Cause No. 1:25-CR-589 |
| | ) | |
| WALTER BRZOWSKI | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Defendant, Walter Brzowski, sent a motion titled "Legal Notice by Defendant to Modify - Relax Conditions of Bond" to the undersigned. [DE 37.] However, Attorney William Hardwicke represents Mr. Brzowski. Therefore, Mr. Brzowski's filing [DE 37] is **STRICKEN**.

This is Mr. Brzowski's second WARNING in this matter and he is ADVISED to proceed in the future only through filings made by his attorney.

ENTERED: December 16, 2025.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT