UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | Cause No. 1:25-CR-589 |
| | ) | |
| WALTER BRZOWSKI, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Defendant Walter Brzowski is released on bond awaiting trial which is scheduled for August 24, 2026. He has filed a motion requesting modification of the conditions of his release to permit him to travel a little further from his house. [DE 39]

Counsel represents that Brzowski's supervising pretrial services officer and the Assistant United States Attorney prosecuting the case have no objection to Brzowski's proposed expanded movement. Brzowski has not violated any terms of his pretrial release.

ACCORDINGLY:

Defendant Walter Brzowski's Motion to Modify Conditions of Release [DE 39] is GRANTED, and Brzowski is authorized to travel one mile further west, to Roberts Road, and one mile further south, to 127th Street. All other conditions of bond remain the same, including the curfew hours and that Mr. Brzowski is not permitted to travel near the Dirksen Federal Courthouse.

Counsel for the defendant shall provide a copy of this order to Brzowski's supervising pretrial services officer.

SO ORDERED.

ENTERED: December 24, 2025.

                /s/ Philip P. Simon
               PHILIP P. SIMON, JUDGE
               UNITED STATES DISTRICT COURT