UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>vs. )<br>)<br>WALTER BRZOWSKI, )<br>)<br>Defendant. ) | Cause No. 1:25-CR-589 |

## ORDER

Defendant, Walter Brzowski, has already been warned twice not to send filings to the Court since he is represented by an attorney. [DE 33, 38.] Now he has been sending e-mails to multiple court personnel, including my courtroom deputy, covering legal argument and attaching notices and motions. The content of these e-mails will not be considered by the Court.

Mr. Brzowski is ADMONISHED that communicating this way with the Court is entirely inappropriate. Only his court appointed attorney is authorized to file motions with this Court or communicate with the Court.

Brzowski is ORDERED to cease sending e-mails to Court personnel. If his behavior continues, he will be subject to sanctions from the Court.

ENTERED: January 23, 2026.

        /s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT