UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | Cause No. 1:25-CR-589 |
| ) | |
| WALTER BRZOWSKI, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Defendant, Walter Brzowski, filed a Motion for a *Faretta* Hearing, stating he has decided to represent himself in this matter. [DE 52.]

Due to this Court's busy calendar and trial schedule, the earliest it can hear this motion is at the status hearing previously scheduled for March 4, 2026.

The Motion for a *Faretta* Hearing [DE 52] is GRANTED. The Court shall: (1) conduct a *Faretta* Hearing; and (2) hear argument on the motion to dismiss Count One [DE 34] and motion to strike [DE 35] at the in person hearing to be held in courtroom 1003 in Chicago on **March 4, 2026**, and the time of the hearing **IS RESET to 4:00 p.m.** SO ORDERED.

ENTERED: February 10, 2026.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT