# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
## Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.  Case No.: 1:25−cr−00589
Honorable Philip P. Simon

Walter Brzowski

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 4, 2026:

MINUTE entry before the Honorable Philip P. Simon as to Walter Brzowski: Status hearing held. Defendant's motion to strike [35] is GRANTED. For Counts 2−3 and 5−11, the manner of charge relying on forgery under 18 U.S.C. § 505 is stricken as multiplicitous as to Count 1. The government is free to continue on the charge of tendering in evidence a document with a false or counterfeit signature of a judge on these counts (2−3 and 5−11), as well as Counts 1 and 4 (as originally charged). Defendant's motion for a Faretta hearing [52] is granted. Defendant has knowingly and voluntarily waived his right to counsel. Mr. Brzowski shall represent himself at trial. Mr. Hardwicke will remain as standby counsel for trial and will be available to file anything Mr. Brzowski wishes to file in this case. Government's response to emergency motion [55] to modify conditions of release tendered to the court is due by 3/18/2026. Defendant may reply by 3/25/2026. Government may respond to any other motion Defendant intends to file within 30 days. Defendant Brzowski will have 21 days to reply. A status hearing is set for 5/13/2026 at 1:00 p.m. in Courtroom 1003 in the Chicago Dirksen Courthouse. Time is excluded through the trial date of 8/24/2026 pursuant to 18.3161(h)(7)(B)(iv). Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.