UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | Cause No. 1:25-CR-589 |
| | ) | |
| WALTER BRZOWSKI, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Defendant, Walter Brzowski, has been e-mailing members of the Northern District of Illinois court, and recently wrote two letters to Judge Kennelly regarding his 2017 civil case (DE 250, 251, Case No. 1:17-cv-9339).

Brzowski's conditions of release were originally set in this matter on September 19, 2025. [DE 9.] On September 22, 2025, the Honorable Keri L. Holleb Hotaling entered a minute order stating: "[t]his Court's 09/19/2025 Order Setting Conditions of Release [DE 9] is amended to include the following: 'Defendant, Walter Brzowski shall have no contact with NDIL District Court or 7th Circuit staff including, but not limited to, any telephonic conversation as well as any other correspondence, written or electronic, including emails and chat services.' The remainder of the conditions stand." [DE 13.]

Brzowski then moved to modify conditions of release. [DE 17.] Judge Hotaling held a hearing on September 30, 2025, and denied the motion. She also entered another order, again setting the conditions of release. [DE 21.] On page 4 of the September 30, 2025 order, Judge Hotaling ordered under additional conditions of release 7(f): "no

contact of staff of 7th Circuit or NDIL including, but not limited to, any telephonic conversation as well as any other correspondence, written or electronic, including emails and chat services." [DE 21 at 4.]

Brzowski is REMINDED that his bond conditions require him to refrain from any contact with the staff of the Seventh Circuit or the Northern District of Illinois and he is forbidden to have contact with them. Brzowski may not correspond (in written or electronic format), and he is prohibited from emailing staff of the Seventh Circuit or the Northern District of Illinois.

If Brzowski has any additional contact with the staff of the Seventh Circuit or the Northern District of Illinois, he is WARNED that his bond MAY BE REVOKED.

Should Brzowski need to have any communication with the Court regarding this case, he should have his standby counsel, William Hardwicke, file a motion on the docket.

SO ORDERED.

ENTERED: March 13, 2026.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT