# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

UNITED STATES OF AMERICA

                                        Plaintiff,

v.                                                        Case No.: 1:25–cr–00589
                                                          Honorable Philip P. Simon

Walter Brzowski

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 18, 2026:

        MINUTE entry before the Honorable Philip P. Simon: Status hearing held. Defendant was advised of the maximum penalty and fine for each count charged in this case. Defendant knowingly waives his right to counsel and wishes to proceed in representing himself at this time. Defendant may file a reply to motions [59] and [60] by 6/8/2026. For reasons stated on the record, the motion [55] to modify conditions of release is denied. Motion to vacate warning order [64] is denied. Motion for extension of time [78] is denied. Motion to strike response [81] is denied. Motion to dismiss [91] is denied. Motion to strike response [94] is denied. Motion for reconsideration [103] is denied. Defendant was admonished to adhere to all conditions of pretrial release. Pretrial conference remains set for 7/20/2026 at 11:00 a.m. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.