## UNITED STATES DISTRICT COURT
## OF ILLINOIS    EASTERN DIVISION

UNITED STATES of AMERICA )
    Plaintiff )
                                 )
    v. )
                                   )
WALTER J. BRZOWSKI )
    *Innocent* Defendant )

**CASE NO. 2025 CR-0589**

Judge Phillip P. Simon
{sitting by Designation}

### NOTICE OF FILING

TO: U.S. Attorney Stephanie Stern  TO: P.D. William B. Hardwicke  .
    Plaintiff's assigned Counsel        '*Stand-by*' Counsel
    219 S. Dearborn Street  #500      55 East Monroe St.  #2800
    Chicago IL. 60604              Chicago IL. 60603

**PLEASE TAKE NOTICE** That I, Walter J. Brzowski, *e*-filed with the Clerk of the U.S. N.D. Court, Eastern Division, 219 South Dearborn Street, Chicago IL. 60604 **on May 22, 2026,** a, (3 page): "Defendant's Motion for Recusal of the Hon. Phillip P. Simon Pursuant to 28 USC § 455 (a)", a copy of which is now hereby served upon you.

Name:  Walter J. Brzowski
Defendant, U.S. private Citizen
*c/o:* 6431 South Karlov Avenue ·
    Chicago IL. 60629
    #(773) 470-9784?

_____
Walter J. Brzowski

---

### CERTIFICATE AND AFFIDAVIT OF DELIVERY PERSONALLY, OR BY MAIL

The undersigned hereby certifies under penalties of perjury as provided by law pursuant to North Rule #LR5.3, that the above NOTICE OF FILING and any attachments were either personally delivered, *OR* placed in the U.S. Mail with first class prepaid postage and directed to the Parties of record at the addresses set forth above; *OR* emailed to their appropriate *email* addresses as disclosed on Record, on or before 5:00 PM on May 22, 2026.

_____
(Signature)

Walter J. Brzowski
(Print Name)

**THOMAS G. BRUTON, CLERK OF THE NORTHERN DISTRICT COURT FOR ILLINOIS**

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS   EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | **CASE No.: 2:25-CR-0589** |
| WALTER BRZOWSKI | ) | Hon. Phillip P. Simon |
| *Defendant* | ) | |

<u>**DEFENDANT'S MOTION FOR RECUSAL OF THE HONORABLE PHILLIP P. SIMON PURSUANT TO
28 U.S.C. § 455(a)**</u>

**NOW COMES** the Defendant, Walter Brzowski, and hereby moves for the disqualification and recusal of the Hon. Phillip P. Simon from presiding over further proceedings in the above-captioned matter. In support of this Motion, Defendant W Brzowski adamantly states as follows:

**I. LEGAL STANDARD UNDER 28 U.S.C. § 455(a)**

1. Under 28 U.S.C. § 455(a), any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned; {"Disqualifation of Judges"; Exhibit 'A'}

2. The standard for recusal under Section 455(a) is purely objective: whether a reasonable, well-informed, detached observer would entertain a significant doubt about the judge's impartiality; {*Liteky v. United States,* 510 U.S. 540, 548 (1994); *United States* v. *Grinnell Corp.,* 384 U. S. 563, 583-applies to § 455(a}; Actual bias is not required; the mere appearance of partiality mandates disqualification to preserve public confidence in the integrity of the judicial process;

**II. BASIS FOR RECUSAL AND PROCEDURAL ASYMMETRY**

3. **Disregard of Binding Statutory Remand Bars:** On May 11, 2026, [Doc. #100], and during the oral arguments on May 18, 2026, Judge Phillip P. Simon continuously relied upon an unpublished, *non*-precedential memorandum order from the Seventh Circuit Court of Appeals (C.A.7 19-2167-U) to justify exercising authority over a litigation history subject to a certified Federal remand Order dated June 22, 2005 based only on: "lack of subject-matter jurisdiction", which he should have known is defective and thus, *non*-citeable.

4. Under 28 U.S.C. § 1447(d) and 3 long-standing Supreme Court precedents, (1976; 1995; June, 2006), a certified Remand order based only on: "*lack of* subject-matter jurisdiction" instantly strips the Federal Circuit and Appellate courts of their subject-matter jurisdiction, making it unreviewable on appeal or otherwise;    By actively ignoring a

published statutory command in favor of an unpublished circuit outlier, an objective observer would conclude that {Hon. Phillip P. Simon}, is acting outside his impartial mandated Article III boundaries.

5. **The "Law of the Case" Exception:** Generally, a circuit court follows its own prior rulings in the same litigation history. However, Walter Brzowski argued to IN. Judge Phillip P. Simon on May 18, 2026, that the March 16, 2020 7th Circuit's unpublished order represents a *clear error of law* that creates a manifest injustice, unusable for Mr. Simon to cite.

6. **The Core Defendant's Pitch:** Walter Brzowski can *STILL* argue that the 2020, 3 Judge panel fundamentally misapplied federal removal law because a certified remand under 28 USC § 1447(c) [June 22, 2005, Case No. 03 C-2685], instantly divests the federal courts of all subject-matter jurisdiction; Therefore, the March 2020 order itself was issued in a jurisdictional vacuum and cannot indirectly validate a subsequent criminal indictment.

7. *Accordingly,* a district court commits a manifest error of law when it uses an unpublished *non*-precedential circuit memorandum (C.A.7 19-2167-U) to override a binding, statutory mandate from Congress (28 U.S.C. § 1447(d)) and Supreme Court published precedents (*ThermtronProducts* 1976 & *Things Remembered Inc.* 1995), rejecting Mr Simon's claim!

8. **Procedural Asymmetry and Liberty Restraints:** On April 1, 2026, the prosecution e-filed a "Motion for Extension of Time" wherein its formal "WHEREFORE" clause explicitly and exclusively prayed for an extension only until April 6, 2026. IN. Judge Simon issued an order on April 2, 2026, granting the government an extension to April 20, 2026—relief the government never formally sought in its prayer, which when brought to his attention by Walter Brzowski on May 18, 2026, arbitrarily reject it through his misplaced: "broad discretion";

9. While the Court excuses the loose drafting and material clerical failures of the prosecution, the 68 year old Defendant, [homeowner], on a *non*-violent allegation remains subjected to the unwarranted physical restraint of an electronic location monitor under 18 U.S.C. § 3142; To extend deadlines unilaterally for the incompetent U.S. government (AUSA Stephanie Stern), while keeping a innocent, *pro se* elderly defendant under active physical surveillance, demonstrates a profound procedural imbalance that compromises the appearance of impartiality and fairness, (*Emphasis added*)!

2

10. **Institutional Entrenchment:** By refusing to address the underlying jurisdictional voids raised in Defendant's sequential audits (Docs. #71, #78, #102, #103), Judge Simon has aligned himself with the historic, *biased* administrative practices of the Northern District of Illinois since September 20, 2007, [that was found to be prejudicial towards Walter J. Brzowski on October 21, 2025, Hon. Steven Seeger], rather than operating as a completely detached, neutral arbiter of federal statutory law, *(Emphasis added);*

11. Now on March 4, 2026, IN. Judge Phillip P. Simon GRANTED P.D. Hardwicke's: "Multiplicity Motion", (December 11, 2025), in full, yet on May 11, 2026, [Doc. #100], 'apparently reversed himself' stating (stricken), Counts #2-3; #5-11 still remain on the Record, which is totally confusing and irrationally unfounded;

12. **The Argument:** By leaving nine multiplicitous counts on the active record, IN. Judge Simon is forcing Walter J. Brzowski to defend against ten separate allegations at trial on August 24, 2026, when he has already acknowledged the structural defect of nine count-redundant-multiplicity. This over-complicates the case to a jury and creates an unfair trial environment for Defendant, Walter J. Brzowski, *(Emphasis added).*

13. Also, IN. Judge Phillip P. Simon, being made now "fully aware" of the corruption-bias taking place in the Cook and Will County IL. Courts; (Case Nos. 01 D-14335, Chicago IL. 60602; 07 OP-0595, Joliet IL. 60432; *L. Brzowski v. W. Brzowski)* as to the deprivation of Walter J. Brzowski owned Alsip IL. Real Estate Property and towards his equal co-parental Rights towards two (grown), Children, [Brandon & Eric Brzowski], on May 18, 2026, completely 'shunned' this collateral information relevant to Brzowski's: "Affirmative Defense", and even: "threated Mr. Brzowski with incarceration about Bond informative, harmless e-mailing issues", that does *NOT* harass, threaten, intimidate any Federal Government Judicial Officer, (Fact)!

**WHEREFORE,** because the cumulative record demonstrates an appearance of partiality that would cause a reasonable observer to doubt the objective neutrality of these proceedings, Defendant Walter Brzowski respectfully requests that Honorable Phillip P. Simon recuse himself from Case No. 25-CR-0589 pursuant to 28 U.S.C. § 455(a), and that this matter be reassigned to an impartial-neutral judge.

**Dated:** May 22, 2026
Respectfully submitted as true and correct by: _____

Walter J. Brzowski

3

# EXHIBIT A

# Disqualification of Judges

Federal law requires the automatic disqualification of a Federal judge under certain circumstances.

In 1994, the U.S. Supreme Court held that **"Disqualification is required** if an objective observer would entertain reasonable questions about the judge's impartiality. If a judge's attitude or state of mind leads a detached observer to conclude that a fair and impartial hearing is unlikely, the judge **must be disqualified."** [Emphasis added]. **Liteky v. U.S.,** 114 S.Ct. 1147, 1162 (1994).

Courts have repeatedly held that positive proof of the partiality of a judge is not a requirement, only the appearance of partiality. **Liljeberg v. Health Services Acquisition Corp.,** 486 U.S. 847, 108 S.Ct. 2194 (1988) (what matters is not the reality of bias or prejudice but its appearance); **United States v. Balistrieri,** 779 F.2d 1191 (7th Cir. 1985) (Section 455(a) "is directed against the appearance of partiality, whether or not the judge is actually biased.") ("Section 455(a) of the Judicial Code, 28 U.S.C. §455(a), is not intended to protect litigants from actual bias in their judge but rather to promote public confidence in the impartiality of the judicial process.").

That Court also stated that Section 455(a) "requires a judge to recuse himself in any proceeding in which her impartiality might reasonably be questioned." **Taylor v. O'Grady,** 888 F.2d 1189 (7th Cir. 1989). In **Pfizer Inc. v. Lord,** 456 F.2d 532 (8th Cir. 1972), the Court stated that "It is important that the litigant not only actually receive justice, but that he believes that he has received justice."

Our Supreme Court has ruled and has reaffirmed the principle that "justice must satisfy the appearance of justice", **Levine v. United States,** 362 U.S. 610, 80 S.Ct. 1038 (1960), citing **Offutt v. United States,** 348 U.S. 11, 14, 75 S.Ct. 11, 13 (1954). A judge receiving a bribe from an interested party over which he is presiding, does not give the appearance of justice.

One of our members not only did not receive justice from a prejudiced judge, but he does not believe that he received justice from the judge, as required by law.

"Recusal under Section 455 is self-executing; a party need not file affidavits in support of recusal and the judge is obligated to recuse herself **sua sponte** under the stated circumstances." **Taylor v. O'Grady,** 888 F.2d 1189 (7th Cir. 1989).

Further, the judge has a legal duty to disqualify himself even if there is no motion asking for his disqualification. The Seventh Circuit Court of Appeals further stated that "We think that this language [455(a)] imposes a duty on the judge to act **sua sponte,** even if no motion or affidavit is filed." **Balistrieri,** at 1202.

Judges do not have discretion not to disqualify themselves. By law, they are bound to follow the law. Does your judge follow the law?

Should a judge not disqualify himself as required by law, then the judge has given another example of his "appearance of partiality" which further disqualifies the judge. Should another judge not accept the disqualification of the judge, then the

second judge has evidenced an "appearance of partiality" and has disqualified himself/herself.  None of the orders issued any judge who has been disqualified by law are valid, they are **void** as a matter of law, and are of no legal force or effect.

However, as we know, many judges ignore the law, but by doing so, they not only attempt to harm you, the public, but they have made a mockery of the law, and have evidenced a disdain for Justices of higher courts, such as the Supreme Court and the Courts of Appeal.  If judges do not have respect for other judges, why should judges expect the respect of the public?

Should a judge not disqualify himself, then the judge is violation of the Due Process Clause of the U.S. Constitution. **United States v. Sciuto**, 521 F.2d 842, 845 (7th Cir. 1996) ("The right to a tribunal free from bias or prejudice is based, not on section 144, but on the Due Process Clause.").

Should a judge issue any order after he has been disqualified by law, and if the party has been denied of any of his/her property, then the judge may have been engaged in the Federal Crime of "interference with interstate commerce".  The judge has acted in the judge's personal capacity and not in the judge's judicial capacity.  The judge has no more lawful authority than your next-door neighbor (provided that he is not a judge).  However since some judges believe that they are the Lord, they may not follow the law.  (Judge Rosen entered his courtroom each day, stood before the court audience, raised his hand, and stated that he was the Lord.  The night before he was to be indicted, he took a gun and blew his brains out.  So much for a judge being the Lord.)

If you were a non-represented litigant, and should the court not follow the law as to non-represented litigants, then the judge has expressed an "appearance of partiality" and, under the law, has disqualified him/herself.

However, since not all judges keep up to date in the law, and since not all judges follow the law, it is possible that your judge may not know the ruling of the U.S. Supreme Court and the other courts on this subject. Notice that it states "disqualification is required" and that a judge "must be disqualified" under certain circumstances.

One of our members has filed several motions for disqualification, only to have the judge ignore the motions. The member will post on this web-site several of the motions filed, to give the public a taste of the law and how judges ignore the Supreme Law of the Land. The Supreme Court has also held that if a judge wars against the Constitution, or if he acts without jurisdiction, he has engaged in treason to the Constitution. If a judge acts after he has been automatically disqualified by law, then he is acting without jurisdiction, and we suggest that he is then engaging in criminal acts of treason, and may be engaged in extortion and the interference with interstate commerce.

Courts have repeatedly ruled that judges have no immunity for their criminal acts. Since both treason and the interference with interstate commerce are criminal acts, no judge has immunity to engage in such acts.

This member will post some of his motions here for educational purposes, and links to these motions will be found on this page.

We will also inform you on what you can do to assist others in disqualifying

# EXHIBIT B

Exhibit

# Are you legally divorced?

Notice: The pages on this website are published only for the use by current members of Citizens for Legal Responsibility, for the purpose of educating them on the published law. It is not intended to give any legal advice; should you need legal advice, contact a registered ethical attorney.

Caselaw for the statements in this series will be provided only to current members.

In all probability, you are not legally divorced. Why? Citizens will be publishing series of articles on why most divorces, at least in Illinois, are not legal.

You may answer that a judge signed the divorce judgment. Yes, the judge may have signed the divorce judgment, but did he have the legal authority to issue a of dissolution of marriage (divorce)?

Our research has indicated that there is not just one general rule that determines the invalidity of a divorce judgment. Each case may be different. The determining factor is the law, a subject that many lawyers and judges, who although they have had the training in law, do not know.

To protect themselves and to deceive the unknowing litigants, judges rule that they have subject-matter jurisdiction even when they do not have it. But a finding by a judge that he has subject-matter jurisdiction does not give him jurisdiction. An inspection of the record of the case provides proof that the record conferred subject-matter jurisdiction upon the judge.

Keep your eye on this series of articles. New and revised information will be provided frequently.

---

by Citizens for Legal Responsibility®.
All rights reserved.

FILED DATE: 3/10/2022 11:17 AM   2022CH02087

# EXHIBIT C

**INCARNATION CHURCH**
5757 West 127th Street
Palos Heights, Illinois 60463

*This is to Certify that*

Walter Brzowski

*and*

Laura Stang

*were united in*

# Holy Matrimony

*according to*

*the Rite of the Roman Catholic Church and in conformity with the Laws of the State of Illinois*

On the ____14th____ day of ____February____ 19_98_

Witnesses {
William R. Brzowski
Donna Vaughn
}

By the Rev. ____Ronald J. Mass____

Issued ____February 14,____ 19_98_

Rev. Ronald J. Mass ____ *Pastor*

THE MISSION PRESS · CHICAGO

THIS MARRIAGE CERTIFICATE REMAINS IN FULL FORCE AND EFFECT UPON THESE SPOUSES