UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | Cause No. 1:25-CR-589 |
| | ) | |
| WALTER BRZOWSKI, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Pro se Defendant, Walter Brzowski, filed an unopposed motion asking that the Court review in camera the grand jury transcripts and minutes in this case. [DE 122.] Upon due consideration, the motion [DE 122] is GRANTED.

The Government is ORDERED to submit to the Court the grand jury transcripts (including the witness testimony) and transcripts of the minutes of the grand jury session (where the AUSAs spoke to the grand jurors about the law) for an in camera review.

ENTERED: June 15, 2026.

/s/  Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT