UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | Cause No. 1:25-CR-589 |
| | ) | |
| WALTER BRZOWSKI, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Defendant Walter Brzowski is released on bond awaiting trial which is scheduled for August 24, 2026. He has filed a motion requesting modification of the conditions of his release to extend the boundaries of his electronic monitoring and permit him to travel further. [DE 124.]

Standby counsel represents that Brzowski's supervising pretrial agent and the Assistant United States Attorney prosecuting the case have no objection to Brzowski's proposed expanded movement. Also, I note that Brzowski has done a good job abiding by my recent admonition to not e-mail, contact, or send mail to the Northern District of Illinois courts, the Seventh Circuit, or this chambers and its staff.

ACCORDINGLY:

Defendant Walter Brzowski's Unopposed Motion for Extension of Electronic Monitoring Boundaries [DE 124] is GRANTED, and Brzowski is authorized to travel further South (the southern boundary is expanded from 127th Street down to 135th Street) and further West (the western boundary is expanded from Roberts Road out to

LaGrange Road/96th Avenue (9600 West)).  All other conditions of bond remain the same, including the curfew hours, and that Mr. Brzowski is not permitted to e-mail, mail, or communicate with (outside of formal court filings in his case), the courts or its staff.

Standby counsel for the defendant shall provide a copy of this order to Brzowski's supervising pretrial services officer.

SO ORDERED.

ENTERED: June 24, 2026.

/s/   Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT

2