**UNITED STATES NORTHERN DISTRICT COURT**
**OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES of AMERICA<br>Plaintiff<br><br>v.<br><br>WALTER J. BRZOWSKI<br>*Innocent* Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) | **CASE NO. 2025 CR-0589**<br><br>Judge Phillip P. Simon?<br>{sitting by Designation} |

**NOTICE OF FILING**

TO: U.S. District Attorney Office
Plaintiff's assigned Counsel
219 S. Dearborn Street #500
Chicago IL. 60604

TO: Federal Defenders Program
'*Stand-by*' Counsel(s)?
55 East Monroe St. #2800
Chicago IL. 60603

TO: U.S. Department of Justice
'Office of Prof. Responsibly'
950 Pennsylvania Ave. N.W.
Washington D.C. 20530

**PLEASE TAKE NOTICE** That I, Walter J. Brzowski, ***e***-filed with the Clerk of the U.S. N.D. Court, Eastern Division, 219 South Dearborn Street, Chicago IL. 60604 **on November 5, 2026,** a (3 page): "Defendant's Amended Notice of Pending e-Filings and Request for Prompt Disposition, Under 28 USC & 473" a copy of which is now hereby served upon you.

Name: Walter J. Brzowski
Innocent U.S. private Citizen
*c/o:* 6431 South Karlov Avenue
Chicago IL. 60629
#(773) 974-4770?

Walter J. Brzowski

---

**CERTIFICATE AND AFFIDAVIT OF DELIVERY PERSONALLY, OR BY MAIL**

The undersigned hereby certifies under penalties of perjury as provided by law pursuant to North Rule #LR5.3, that the above NOTICE OF FILING and any attachments were either personally delivered, ***OR*** placed in the U.S. Mail with first class prepaid postage and directed to the Parties of record at the addresses set forth above; ***OR*** emailed to their appropriate email addresses as disclosed on Record, on or before 5:00 PM on November 5, 2026.

(Signature)

Walter J. Brzowski
(Print Name)

**THOMAS G. BRUTON, CLERK OF THE NORTHERN DISTRICT COURT FOR ILLINOIS**

**IN THE UNITED STATES NORTHERN DISTRICT COURT OF ILLINOIS**
**EASTERN DIVISION**

UNITED STATES OF AMERICA, Plaintiff )

v. ) **CASE No. 25 cr-0589**

WALTER J. BRZOWSKI, defendant )

**DEFENDANT'S AMENDED NOTICE OF PENDING E-FILINGS AND REQUEST FOR PROMPT DISPOSITION PURSUANT TO FED. R. CRIM. P. 12(d) AND 28 U.S.C. § 473**

**NOW COMES** Defendant Walter Brzowski, respectfully alerts the Court that the following open twelve e-filings remain pending from July 30th to October 30, 2026, all directly relating to:

1. Plethora of Open E-Filings Since July 30, 2026 Requiring Prompt Judicial Fair Action:

(**A**) Overdue Dismissal of defective-uncured Federal criminal Case No. 25 cr-0589,

(**B**) Recusal-Voluntary Recusal of IN. Judge Phillip Simon under Fed. Code 28 U.S.C. § 455(a);

(**C**) Dismissal of Superseding Indictment filed July 16, 2026 (AUSA Stephanie Stern) for prosecutorial misconduct; and these twelve open-pending eFilings since July 30, 2026 as shown:

(a) "Defendant's Motion for Continuance, (*under protest*)", July 30, 2026, [Doc. 150];

(b) "Defendant's Motion to Dismiss the Plaintiff's Superseding Indictment", August 7, 2026, [Doc. 152];

(c) "Defendant's Motion to Correct Errors and Reconsider the July 28, 2026 Speedy Trial Order", August 14, 2026, [Doc. 154];

(d) "Defendant's Legal Demand for Restoration of Exclusive, (*Stolen*), Funds", August 18, 2026, [Doc. 157];

(e) "Defendant's Amended Motion in Limine to Exclude Evidence and Arguments Derived from Void Case", August 21, 2026, [Doc. 158];

(f) "Amended Motion for the Recusal of Designated Judge Phillip P. Simon", September 4, 2026, [Doc. 160];

(g) "Defendant's Addendum to Demand on March 31, 2026; Petition for Leave to File-Claim Benefit from Case No. 07 C-3988", September 9, 2026, [Doc. 161];

(h) "Defendant's Memorandum of Law in Support of Affirmative Defenses", September 16, 2026, [Doc. 163];

(i) "Directed Inquiry Upon an Unsettled Issue of Law Onto Federal District IN. Judge Phillip P. Simon", September 23, 2026, [Doc. 167];

(j) "Motion for Declaratory Relief from Void Orders; Motion to Dismiss Second Indictment", October 16, 2026, [Doc. 169]; *AND:*

(k) "Defendant's Amended Motion to Dismiss the Superseding Indictment, (Doc. 141), Based Upon Grand Jury Misconduct and Omission of Material Jurisdictional Facts", October 28, 2026, [Doc. 174]; {**All Incorporated herein by reference hereto**}

↣All these filings directly and/or indirectly relate to Ten-Exhibit Instrument of the void Judgment claim, (May 20, 2003, Cook County IL. Case No. 01 D-14335, *L. Brzowski v. W. Brzowski*), originally filed on April 27, 2026 [Doc. #85], against coll. *instigating* Federal Civil defect civil #07 cv-5613; *and* defendant's GPS conditions wrongfully imposed on Sept. 30, 2025!

2. Open/Unsettled Judicial Complaints — Preservation Under Federal Rules of Evid. 201:

(l) Complaint No. 07-26-90047, *Brzowski v. Brennan*, filed June 18, 2026—alleging mis-application of 28 U.S.C. § 1447(d) vs. § 1915(e) in C.A.7 No. 19-2167-U (March 16, 2020); Dismissed—Complainant filed Petition for Review-Rebuttal Response in August 2026 to Hon. Frank Easterbrook's order—Pending before Judicial Council under 28 U.S.C. § 352(c), Rule 18.

(m) Complaint No. 07-26-90073, *Brzowski v. Simon*, filed Sept 9, 2026—Pending-on review, Defendant understands under Seventh Circuit Rule 3(h)(3) and *Liteky v. United States*, 510 U.S. 540 (1994), filing alone does not mandate recusal under § 455; ↣However, it **DOES** place a certain: "aura of conflict-of-interest" between (Complainant), Walter Brzowski and (respondent), IN. Judge Phillip P. Simon ever since, disrupting the: "administration of the fair and impartial mandated due process Clause" between these two [now], conflicting U.S. individuals, (Fact);

II Defendant, Walter Brzowski, requests Court take judicial notice under Fed. R. Evid. 201 and preserve without seeking immediate delay.

3. Walter Brzowski's Request for Prompt Disposition — Justice Delayed-Denied Principle:

Under Fed. Crim. P. 12(d), 28 U.S.C. § 473, and Speedy Trial Act 18 U.S.C. § 3161(h)(1)(D) —Defendant's: "Demand for Removal of G.P.S. Monitoring Unit", (GPS removal, $10k unsecured, filed August 31, 2026), [Doc. **159**], has been unjustifiably pending for 60+ days; Along with those 11 above open-cited filings pending since July 30, 2026, 90+ days, far way too long!

4. Speedy Trial Act—18 U.S.C. § 3161(b) and (h)(1)(D); Filing of pretrial motions stops the 70-day speedy trial clock, Time from filing to disposition is excludable; So numerous defense motions/addendums in the last 100 days actually extend the deadline, not violate it, courts thus cannot view that as defense-caused delay for overdue-*warranted* preTrial Relief(s), (*Emphasis*)!

5. *Barker v. Wingo*, 407 U.S. 514 (1972)—Four-factor test for Sixth Amendment speedy trial violation — Factor 4: Assertion of right — Mr. Brzowski is/has asserted it here and previously.
6. 18 U.S.C. § 3161(h)(7) and Seventh Circuit: *United States v. Larson*, 417 F.3d 741 (7th Cir. 2005); Judge must rule on pending motions promptly, but has discretion to control docket when faced with merited, numerous-valid *pro se* filings that can defer ruling until one consolidated hearing; therefore the November 9th, 2026 telephone hearing is this overdue consolidation.
7. Due Process — *United States v. Lovasco*, 431 U.S. 783 (1977)— Pre-indictment and pre-trial delay alone not violation unless intentional tactical delay + prejudice; filing many addendums alone does not create violation since the Defendant is afforded pre-Trial Reliefs under the Law!
8. What DOES create an obligation to act—28 U.S.C. § 473 and Civil Justice Reform Act + Fed. R. Crim. P. 12(d): Judge must decide pending pretrial motions before trial in a timely-prompt manner under: *Burkett v. Fulcomer*, 951 F.2d 1430 (3d Cir. 1991), and Seventh Circuit: *United States v. Smith*, 80 F.3d 1188 (7th Cir. 1996); Thus, unexplained 60+ day delays on dispositive motions without hearing can be construed as an arbitrary delayed-abuse, as of which, Mr. W. Brzowski now files this merited: Motion for Status-Prompt Disposition citing 28 USC § 473.
**WHEREFORE,** {innocent}, Defendant, Walter J. Brzowski now respectfully **DEMANDS**:
- Prompt ruling on November 9, 2026 telephone hearing on P.D. Hardwicke Motion to Withdraw (Defendant's 2 page, Counter Response timely filed on October 30, 2026);
- All open **12** above named-cited filings deemed consolidated for due process-prompt efficiency;
- Defendant Mr. Brzowski to continue pro se with CM/ECF access until 'further notice';

Walter Brzowski does not seek delay, ***but*** seeks prompt dispositions to avoid any appearance of Justice Delayed, which apparently has happened since July 30, 2026 by IN. Judge Phillip Simon, and by IL. Judge Matthew F. Kennelly by refusing to: "flex his ancillary retaining jurisdiction upon unsettled Civil Tort Case no. 17 cv-9339" to competently resolve matters regarding the ***un***-paid Jury award judgment, (Aug. 6, 2020), onto Plaintiff Walter Brzowski since March, 2022!

Respectfully submitted as true and correct in content and form [signature]
Walter Brzowski, pro se