**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WALTER BRZOWSKI, | CAUSE NO. 1:25-CR-589 |

**ORDER**

In-person status hearing held on 11/18/2026. Mr. Brzowski was admonished regarding conduct underlying the Pretrial Violation Report [172], [177]. As stated on the record, this Court has subject matter jurisdiction over this criminal case and any requests to find the opposite made in Defendant's motions [57], [59], [134], [143], [152], [167], [169], [174] [180] are denied. Likewise, Defendant's requests to end GPS monitoring [159], [171] are denied. All outstanding motions in limine are denied. The parties' motions in limine shall be filed by 3/1/2027. Responses are due by 3/14/27 and any replies are due 3/21/27. Jury instructions and proposed voir dire are due by 3/21/27.

**SO ORDERED** on November 18, 2026.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT